AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2021 FEB -4  AM 9: 19

DEPUTY CLERK_ BMH

| | |
|---|---|
| United States of America<br>v.<br>Ryan Scott Zink<br><br><br>_____<br>*Defendant* | Case: 1:21-mj-00193<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/2/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Ryan Scott Zink _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment      ❏ Superseding Indictment      ❏ Information      ❏ Superseding Information      ☒ Complaint
❏ Probation Violation Petition      ❏ Supervised Release Violation Petition      ❏ Violation Notice      ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. § 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful
Authority and engages in any act of physical violence against any person or property in any restricted building or grounds

2021.02.02
19:20:45 -05'00'

Date: _____02/02/2021_____

_____
*Issuing officer's signature*

City and state: _____Washington, D.C._____

_____Zia M. Faruqui, U.S. Magistrate Judge_____
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* _2/2/2021_ , and the person was arrested on *(date)* _2/4/2021_
at *(city and state)* _Lubbock, Texas_ .

Date: _2/4/2021_

_____
*Arresting officer's signature*

_Jeffry J. D'Aunito, Special Agent_
*Printed name and title*

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Ryan Scott Zink | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00193
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/2/2021
Description: COMPLAINT W/ARREST WARRANT

**Date of Birth: XXXXXXXX**

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding<br>18 U.S.C. § 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and engages in any act of physical violence against any person or property in any restricted building or grounds | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael D. Brown , Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____02/02/2021_____           _____
*Judge's signature*

City and state:           Washington, D.C.           Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

# STATEMENT OF FACTS

Your affiant, Michael D. Brown is a Special Agent assigned to the Northern Virginia Resident Agency within the Federal Bureau of Investigation. In my duties as a special agent, I investigate violent gangs and drug criminal enterprises. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a special agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

1

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Based on my participation in this investigation, including information received by a confidential source ("CS-1"),[1] review of records obtained by law enforcement, and conversations with other law enforcement officers about the same, I have learned, in substance and in part, the following:

The FBI has identified Ryan Scott Zink ("ZINK") based on an FBI interview, information obtained from open source and government databases, and the subsequent investigation described below. ZINK is a 32-year-old white male who lives in Lubbock, Texas. CS-1 identified ZINK as one of three individuals who attended the January 6, 2021, rally in Washington, DC. CS-1 stated that they followed ZINK on social media during this timeframe and provided a screenshot of his profile. Subsequent investigation revealed numerous pictures and videos of ZINK participating in the riots at the U.S. Capitol on January 6, 2021. ZINK is a local musician and is the owner of Pressure Clean Oil, Gas, and Wind, which is located in Lubbock, TX. The driver's license and photograph still of ZINK from a video obtained by law enforcement appear in Figure (1) and Figure (2) below.




Figure (1) – ZINK DMV Photo                    Figure (2) – Screenshot from Video

---

[1] CS-1 provided information to FBI. CS-1 has no criminal record and the information provided by CS-1 has been corroborated through other sources. CS-1 has requested to have his/her identity protected.

On or about January 7, 2021, the FBI telephonically interviewed CS-1.  CS-1 provided the names of three individuals that had recently attended the protest in Washington, D.C. on January 6, 2021.  One of the individuals was identified as ZINK.  CS-1 stated that he/she followed the individuals on social media as the event took place. CS-1 provided a Facebook screen shot of ZINK shown as Figure (3).

<u>Figure (3) – Screenshot provided by CS-1</u>



3

Law enforcement subsequently reviewed ZINK's Facebook account, which revealed three videos of ZINK at the U.S. Capitol on January 6, 2021.  Figure (4) and (5) are screenshots of Zink's Facebook profile page.



Figure (4) - ZINK's Facebook Profile          Figure (5) - ZINK's Facebook Profile

In the first video segment, ZINK had the phone camera pointed at himself.  ZINK proclaimed: "We knocked down the gates!  We're storming the Capitol!  You can't stop us!"  ZINK panned the phone camera to show the other members of the crowd around him.  In the video, ZINK pushed through the crowd to move towards the front of the Capitol.  ZINK began chanting, "we want Trump" as he moved forward.  ZINK turned the camera back to himself and stated: "We stormed the Capitol.  There's thousands of us here.  They can't stop us all!"  Facing the camera, ZINK then stated: "Get to your capitols.  Get to your capitols.  It's time."  Just before the video segment ended, ZINK, faced the phone camera, said: "We're about to bum-rush this shit!"  Screenshots from the first video segment can be found in Figures (6) and (7).  Figure (6) illustrate ZINK's close proximity to the U.S. Capitol.

4



Figure (6) - Picture of ZINK at Protest

Figure (7) - ZINK near Capitol



In the second video segment, ZINK filmed the crowd as they attempted to breach a door to the Capitol.  The affaint was able to determine that ZINK was the person holding the phone camera because he turned it onto himself showing he was in close proximity of the door breach.  In addition, ZINK stated "they're not going to get this one." Screenshots from this video can be found in Figures (8) and (9).



Figure (8) – Attempt to Breach Capitol Door



Figure (9) – ZINK During Door Breach

The third, and final, video segment was recorded at 3:28 p.m. on January 6, 2021. During that segment ZINK proclaimed: "You wanted to see what it's become?  We're in the doors!" Towards the end of the segment, ZINK turned the video to capture an unknown subject breaching one of the windows at the U.S. Capitol.  Screenshots of these videos can be found in Figure (10) and (11).

6



Figure (10) – Breaking Windows          Figure (11) – Breaking Windows

On or about January 22, 2021, Magistrate Judge G. Michael Harvey of the U.S. District Court for the District of Columbia approved of a search warrant of ZINK's Facebook account ("Facebook Account") and Instagram Account ("Instagram Account").  A review of the returns confirmed ZINK's presence in the Capitol.

On January 6, 2021, ZINK messaged stating "Stop the steal!! Pray for us it's already getting rough." Additionally, he had numerous "live stream" video logs during the time of the riots, which coincide with previously attained videos from ZINK's Facebook page.

On January 6, 2021, ZINK posted that he was in the U.S. Capitol and that they forcibly broke in.  Specifically, ZINK wrote, "Finally lol I was there the media lied about what time it was breached. I have pictures with time stamps to prove it."  Additionally, ZINK stated, "Literally inside the capital shots fired on the floor there is a fire and gas and flash bangs have been used multiple serious injuries reported."  On the same day, in a private Facebook message, ZINK stated "Broke down the doors pushed Congress out of session I took two flash bangs I'm ok I'll be posting pictures in a little bit when we get back I'm hurt but we accomplished the job."

On January 7, 2021, ZINK elaborated on his participation in the U.S. Capitol riots on Facebook through the following postings:

I went and fought for what I believe in I started no violence and even helped officers and injured people documented did what I felt was right. You don't like it there's a little button called Unfriend and do so immediately. A bunch of keyboard heroes saying what you would have done you weren't there. You would have probably ran when it got heavy. I believe what I believe and if you believe different well that's part of why I was there today. Standing up for all of us for the truth. You have no idea the hurt and pain this nation suffered today. I witnessed it first hand I saw people who were trained, coached, and deadset on destruction hurt police and then turn inward a woman died and you want to play games and talk shit to me about being there. History was made and I'm a part of it.

Not everyone went inside. It was a small group of about I would say 25-30 people and they were the only combative ones I got super close and documented everything I'm not some radical right wing nut job I literally took pictures of them and saw the tattoos it's not hard to identify. If you were there you could have seen this it was different in my life and in reporting I have seen what riots and violence looks like this was planned strategic trained tactical this was no ordinary rue it was a planned thing.

Later on January 7, 2021, on another Facebook comment ZINK stated, "They are trying to charge us with sedition they will have to kill me I'm not coming quietly."

On January 8, 2021, a Facebook private message sent from ZINK's account stated, "I'm afraid the time for rioting is over better clean those guns and invest in some level 4 armor." Based upon my training, education, and experience, the affiant believes that "level 4 armor" refers to Level IV personal body armor, which is the highest rifle plate rated armor under the National Institute of Justice personal body armor specifications.

Based on the foregoing, your affiant submits that there is probable cause to believe that ZINK violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Finally, your affiant submits there is probable cause to believe that ZINK violated 18 U.S.C. § 1512(c)(2), which makes it a crime to obstruct, influence, or impede any official proceeding, or attempt to do so. Under 18 U.S.C. § 1515, congressional proceedings are official proceedings.

_____
Michael D. Brown, Special Agent
Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 2nd of February 2021.



_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

9

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:21-mj-00193<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/2/2021<br>Description: COMPLAINT W/ARREST WARRANT |
| **v.** | **VIOLATIONS:** |
| **RYAN SCOTT ZINK** | **18 U.S.C. §1512(c)(2)**<br>**(Obstruction of an Official Proceeding)** |
| **Defendant.** | **18 U.S.C. §1752(a)(1) and (2)**<br>**(Restricted Building or Grounds)** |

## <u>ORDER</u>

his matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious  eopardy to the investigation, the United States has established that a compelling governmental interest e ists to  ustify the requested sealing.

1.        S    EREFORE ORDERED that the application is hereby GRA    ED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is e ecuted.

2.       S FUR    ER ORDERED that the Clerk s office shall delay any entry on the
public docket of the arrest warrant until it is e  ecuted.

Date    February 2, 2021

                                        Z A M. FARU  U
                                        U.S. MAG S  RA  E JUDGE

cc      Janani  yengar
        Assistant United States Attorney
        United States Attorney s Office
        555 Fourth Street,   .W.
        Washington, D.C. 205  0

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# ABILENE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | WAIVER OF RULE 5(c) HEARINGS |
| | § | (Excluding Probation Cases) |
| V. | § | |
| | § | |
| RYAN SCOTT ZINK | § | CASE NUMBER: 5:21-MJ-17-BU |

      I, RYAN SCOTT ZINK, understand that in the **District of Columbia**, charges are pending, and I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

      (1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution.

      I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( X )    identity hearing

(    )    preliminary examination OR (      ) I have been informed I have no right to a preliminary examination

      I HEREBY REQUEST THAT MY PRELIMINARY AND/OR DETENTION HEARING BE

(    )    held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me:

( X )    held in this district.

 

_____
Defendant

February 4, 2021

_____
Defense Counsel

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **Magistrate No. 5:21-MJ-017-BU** |
| | § | |
| | § | **Docket No. Where Charge** |
| **V.** | § | **Pending: D.C. 1:21-MJ-00139** |
| | § | |
| **RYAN SCOTT ZINK** | § | |

## REPORT OF PROCEEDINGS UNDER RULES 5(c)(3) and 5.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with the offense of **18 U.S.C. § 1512(c)(2)-Obstruction of an Official Proceeding, 18 U.S.C. § 1752(a)(1) and (2)-Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority and engages in any act of physical violence against any person or property in any restricted building or grounds.**  Having been arrested in this district on a warrant issued on that/those charge(s), he/she appeared before me for proceedings as follows:

---

**Rule 5(c)(3)   Transfer**

☑   The government has produced a copy of the warrant, and

☑   The Court finds that the person before the Court is the defendant named in the indictment, information or warrant because:

  ☑   The defendant waived identity hearing.

  ☐   An identity hearing was conducted, and the defendant's identity was established.

☐   The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is **NOT** the defendant named in the indictment, information or warrant.

---

**Rule 5.1:   Preliminary Hearing**

☐   No preliminary hearing is necessary because the defendant is charged by indictment.

☐   The defendant waived a preliminary hearing.

☑ The defendant elected to have a preliminary hearing in the district where the prosecution is pending.

☐ The defendant elected to have a preliminary hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

☐ There is probable cause to believe that the defendant committed the offense(s) charged.

☐ There is **NOT** probable cause to believe that the defendant committed the offense(s) charged.

**Rule 5(d)(3)   Detention Hearing**

☐ No detention hearing is necessary because the government did not move to detain the defendant.

☐ The defendant waived a detention hearing.

☑ The defendant elected to have a detention hearing in the district where the prosecution is pending.

☐ The defendant elected to have a detention hearing in this district, and based on the evidence presented during the hearing, the Court finds that:

☐ The defendant should be detained.

☐ The defendant should be released on bond.

---

**ORDER ENTERED ON THE FOREGOING REPORT**

TO:   UNITED STATES MARSHAL

☑ You are commanded to transfer the above-named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

☐ It is ORDERED that this defendant be released from custody on bond pending further proceedings.

☐ It is ORDERED that this defendant be discharged.

DATE: February 8, 2021.

_____
**JOHN R. PARKER**
**UNITED STATES MAGISTRATE JUDGE**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| | § | **CASE NO.  5:21-MJ-00017-BU** |
| **v.** | § | |
| | § | |
| **RYAN  SCOTT ZINK** (1) | § | |
| | § | |
| | § | |

## ORDER

It is ORDERED that Detention and Preliminary Hearings on the Complaint filed on February 3, 2021, will be held VIA VIDEO TELECONFERENCE on **Tuesday, February 9, 2021, at 11:30 a.m.**, in the courtroom of the Federal Building, 2nd Floor, Room 2000, 341 Pine Street, Abilene, Texas.

Pending the hearing(s), the Defendant shall be held in custody by the United States Marshal and produced for the hearing(s).

The Clerk will furnish a copy of this Order to each of attorney of record.

DATED:  February 4, 2021

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

CLOSED

# U.S. District Court
## Northern District of Texas (Lubbock)
## CRIMINAL DOCKET FOR CASE #: 5:21-mj-00017-BU-1

Case title: USA v. Zink

Date Filed: 02/03/2021
Date Terminated: 02/08/2021

Assigned to: Magistrate Judge John R. Parker

**Defendant (1)**

**Ryan Scott Zink**
*TERMINATED: 02/08/2021*

represented by **Lara M. Wynn-FPD**
Federal Public Defender - LUBBOCK
1205 Texas Avenue
Room 507
Lubbock, TX 79401
806-472-7236
Fax: 806-472-7241
Email: lara_wynn@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender
Appointment*
*Bar Status: Admitted/In Good Standing*

**Federal Public Defender - AB/LU/SA**
Federal Public Defender
1205 Texas Avenue
Lubbock, TX 79401
806-472-7236
Email: lara_wynn@fd.org
*TERMINATED: 02/05/2021*
*Designation: Federal Public Defender
Appointment*
*Bar Status: Not Admitted*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Documents from District of Columbia 18 U.S.C. § 1512(c)(2)-Obstruction of an Official Proceeding, 18 U.S.C. § 1752(a)(1) and (2)-Knowingly Entering or Remaining in any Restricted Building or Grounds without Lawful Authority and engages in any act of physical violence against any person or property in any restricted building or grounds | |

**Plaintiff**

| **USA** | represented by | **Jeffrey R Haag-DOJ** |
|---|---|---|
| | | US Attorney's Office |
| | | 1205 Texas Ave |
| | | 7th Floor |
| | | Lubbock, TX 79401 |
| | | 806-472-7351 |
| | | Fax: 806-472-7394 |
| | | Email: jeffrey.haag@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: US Attorney's Office* |
| | | *Bar Status: Admitted/In Good Standing* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2021 | 1 | Rule 5 as to Ryan Z. (1). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (Attachments: # 1 Additional Page(s) Statement of Facts, # 2 Additional Page(s) Warrant, # 3 Additional Page(s) Order sealing) (mcrd) (Entered: 02/03/2021) |
| 02/03/2021 | 2 | MOTION for Pretrial Detention filed by USA as to Ryan Z. (mcrd) (Entered: 02/03/2021) |
| 02/04/2021 | 3 | ELECTRONIC ORDER as to Ryan Zink: Initial Appearance - Rule 5 set VIA VIDEO TELECONFERENCE for 2/4/2021 at 01:30 PM in US Courthouse, Courtroom 2000, 341 Pine St., Abilene, TX 79601-5928 before Magistrate Judge John R. Parker. (Ordered by Magistrate Judge John R. Parker on 2/4/2021) (mcrd) (Entered: 02/04/2021) |
| 02/04/2021 | 4 | (Document Restricted) CJA 23 Financial Affidavit by Ryan Zink. (mcrd) (Entered: 02/04/2021) |
| 02/04/2021 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Ryan Z. Federal Public Defender - AB/LU/SA for Ryan Z. appointed. (Ordered by Magistrate Judge John R. Parker on 2/4/2021) (mcrd) (Entered: 02/04/2021) |
| 02/04/2021 | 6 | ELECTRONIC Minute Entry for proceedings held before Magistrate Judge John R. Parker: Initial Appearance as to Ryan Z. held on 2/4/2021. Date of Arrest: 2/4/2021 |

| | | |
|---|---|---|
| | | Location interval set to: LC. The judge issued the oral order required by Fed. R. Crim. P. 5(f)(1). Written order to follow. Defendant consented to proceed by video teleconference. Financial affidavit executed. Defendant qualifies for appointment of counsel. Detention continued. Order setting hearings to be entered. Attorney Appearances: AUSA - Jeff Haag by VTC; Defense - Lara Wynn by VTC. (No exhibits) Time in Court - :26. (Court Reporter: Digital File) (Interpreter n/a.) (USPO Rambo.) (mcrd) (Entered: 02/04/2021) |
| 02/04/2021 | 7 | ELECTRONIC ORDER As to Ryan Z.: by this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law.<br><br>This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is in addition to the oral order entered by the court on the first scheduled court date when both the prosecutor and defense counsel were present. (Ordered by Magistrate Judge John R. Parker on 2/4/2021) (mcrd) (Entered: 02/04/2021) |
| 02/04/2021 | 8 | WAIVER of Rule Rule 5 Hearings by Ryan Z. (Wynn-FPD, Lara) (Entered: 02/04/2021) |
| 02/04/2021 | 9 | ORDER as to Ryan Scott Zink.: Preliminary and Detention Hearings set for 2/9/2021 at 11:30 AM in US Courthouse, Courtroom 2000, 341 Pine St., Abilene, TX 79601-5928 before Magistrate Judge John R. Parker. (Ordered by Magistrate Judge John R. Parker on 2/4/2021) (mcrd) (Entered: 02/04/2021) |
| 02/05/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE by Lara M. Wynn-FPD (Clerk to Set Designation as: Federal Public Defender Appointment) appearing for Ryan Z. (Filer confirms contact info in ECF is current.) <span style="color:red">(If sealed documents that you are authorized to see were previously filed by U.S. Pretrial Services or U.S. Probation, you will require assistance to gain access to them and any related filings. Please call the clerk at 214.753.2240 during business hours to request access.)</span> (Wynn-FPD, Lara) (Entered: 02/05/2021) |
| 02/08/2021 | 12 | WAIVER of Rule 5 Hearings by Ryan Scott Zink (Wynn-FPD, Lara) (Entered: 02/08/2021) |
| 02/08/2021 | 13 | Report of Proceedings under Rule 5(c)(3) and 5.1 as to Ryan Scott Zink. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to District of Columbia. (Ordered by Magistrate Judge John R. Parker on 2/8/2021) (mcrd) (Entered: 02/08/2021) |
| 02/08/2021 | 14 | Notice FROM Texas Northern TO District of Columbia of a Rule 5, Rule 32.1, or Rule 40 Appearance as to Ryan Scott Zink. Your case number is: 1:20-MJ-00139. Docket sheet and documents attached. *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* (mcrd) (Entered: 02/08/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/08/2021 12:55:38 | | |
| **PACER Login:** | BrittanyBryant:6635828:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:21-mj-00017-BU |

| Billable Pages: | 2 | Cost: | 0.20 |
|---|---|---|---|
| Exempt flag: | Exempt | Exempt reason: | Always |

**PACER fee: Exempt**