AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Ryan Scott Zink<br><br>*Defendant* | Case: 1:21-mj-00193<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/2/2021<br>Description: COMPLAINT W/ARREST WARRANT |

*CLERK U.S. DISTRICT COURT*
*NORTHERN DIST. OF TX*
*LUBBOCK DIVISION*
*2021 FEB -4  AM 9: 19*
*DEPUTY CLERK___BMH*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                                  Ryan Scott Zink                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of an Official Proceeding
18 U.S.C. § 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and engages in any act of physical violence against any person or property in any restricted building or grounds

Date:   02/02/2021                                                          *[signature]*   2021.02.02 19:20:45 -05'00'
                                                                              *Issuing officer's signature*

City and state:         Washington, D.C.                                Zia M. Faruqui, U.S. Magistrate Judge
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/2/2021 , and the person was arrested on *(date)* 2/4/2021
at *(city and state)* Lubbock, Texas .

Date: 2/4/2021                                          *[signature]*
                                                                    *Arresting officer's signature*

                                                                    Jeffry J. DiQuinto, Special Agent
                                                                    *Printed name and title*