# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff, | § § § |
| vs. | §  Case No. 1:21-cr-00191-JEB-1 § |
| **RYAN SCOTT ZINK,**  Defendant. | § § § § |

## MOTION FOR ADMISSION *PRO HAC VICE*
[Counsel: Cynthia Hujar Orr]

1. Movant, Nicholas D. Smith, on behalf of Defendant, Ryan Scott Zink ("Mr. Zink"), respectfully moves this Honorable Court, pursuant to LCrR 44.1(d) of the Rules of the United States District Court for the District of Columbia, for an Order allowing the admission of Cynthia Hujar Orr as attorney *pro hac vice* to appear in this action as counsel for Mr. Zink.

2. Ms. Orr is a partner with Goldstein & Orr. She is a member in good standing of each Bar to which she is admitted.

3. Mr. Smith is admitted to practice before this Court.

4. Counsel for Mr. Zink has conferred with counsel for the United States of America, who does not oppose this motion.

Respectfully submitted:

By: *Nicholas D. Smith*
_____

Nicholas D. Smith
D.C. Bar No. 1029802
David B Smith PLLC
7 East 20th St., Suite 4R
New York, NY 10003
Telephone: 917-902-3869
E-mail: nds@davidbsmithpllc.com