IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§<br>§ |
| vs. | § CASE NO. 1:21-cr-00191-JEB-1<br>§<br>§ |
| RYAN SCOTT ZINK,<br>Defendant. | §<br>§<br>§ |

### DECLARATION OF CYNTHIA HUJAR ORR
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1. My name is Cynthia Hujar Orr, counsel for Defendant, Ryan Scott Zink. I am a partner of the law firm of Goldstein & Orr.

2. My office is located at 310 S. St. Mary's St., 29th Floor Tower Life Bldg., San Antonio, Texas 78205. My office telephone number is 210-226-1463, facsimile is 210-226-8367 and my e-mail is whitecollarlaw@gmail.com.

3. I am a member in good standing of the Bar of the State of Teas, Bar No. 15313350. I am also admitted to practice *pro hac vice* in the United States District Court for the Northern District of Georgia and the District of Minnesota; the United States Court of Appeals for the Fifth, Fourth, Ninth and Eleventh Circuits; and the United States Supreme Court.

4. I certify that there are no pending disciplinary proceedings against me before any bar.

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Antonio, Texas, this 16 day of March, 2021.

1

Respectfully submitted:

*[signature]*
Cynthia Hujar Orr