AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

## CERTIFICATE OF GOOD STANDING

I, __JEANNETTE J. CLACK__, Clerk of this Court,

certify that __GERALD HARRIS GOLDSTEIN__, Bar # __08101000__,

was duly admitted to practice in this Court on __03/04/1970__, and is in good standing as a member

of the Bar of this Court.

Dated at __SAN ANTONIO__ on __03/08/2021__
*(Location)* *(Date)*

__JEANNETTE J. CLACK__
*CLERK*

*Diana Garcia*
*DEPUTY CLERK*