AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## for the
## Western District of Texas

## CERTIFICATE OF GOOD STANDING

I, __JEANNETTE J. CLACK__, Clerk of this Court,

certify that __CYNTHIA HUJAR ORR__, Bar # __15313350__,

was duly admitted to practice in this Court on __08/30/1989__, and is in good standing as a member

of the Bar of this Court.

Dated at __SAN ANTONIO__ on __03/08/2021__
                 *(Location)*                   *(Date)*

JEANNETTE J. CLACK  
*CLERK*

/s/ Diana Garcia  
*DEPUTY CLERK*