**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 1:21-CR-00191-JEB-1 |
| § | |
| **RYAN SCOTT ZINK,** § | |
| Defendant. § | |

**DECLARATION OF GERALD H. GOLDSTEIN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

1. My name is Gerald H. Goldstein, counsel for Defendant, Ryan Scott Zink. I am a partner of the law firm of Goldstein & Orr.

2. My office is located at 310 S. St. Mary's St., 29th Floor Tower Life Bldg., San Antonio, Texas 78205.  My office telephone number is 210-226-1463, facsimile is 210-226-8367 and my e-mail is gerrygoldsteinlaw@gmail.com.

3. I am a member in good standing of the of the State Bar of Texas, and have been for the past 52 years, with Bar No. 08101000. I am also licensed to practice before the United States Supreme Court; The United States courts of Appeals for the Fourth, Fifth, Eighth, Ninth, Tenth and Eleventh Circuits;  U.S District Courts for the Western District of Texas; Southern District of Texas; Northern District of Texas; and Eastern District of Texas.  I am also admitted to practice in the State of Colorado with Bar No. 18525.

4. I certify that I have not been disciplined by any bar and there no pending disciplinary proceedings against me before any bar

5. I have not been admitted *pro hac vice* before this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I am also the past president of the National Association of Criminal Defense Lawyers, The Texas Criminal Defense Lawyers Association and a Fellow in the American College of Trial Lawyers and the International Academy of Trial Lawyers.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Antonio, Texas, this 17th day of March, 2021.

Respectfully submitted:

_____
Gerald H. Goldstein