UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                                  No: 1:21-CR-191-JEB

RYAN SCOTT ZINK

### WAIVER AND CONSENT TO APPEAR BY VIDEO CONFERENCE FOR ARRAIGNMENT AND STATUS CONFERENCE

I acknowledge that Federal Rule of Criminal Procedure 10 requires my presence before a United States District Judge for arraignment.. I further acknowledge that I may waive the requirement to appear in person before a judge for arraignment and I may consent to arraignment conducted by videoconference.

I have discussed with my attorney the implications of waiving the requirement to appear in person and I understand the consequences of such a waiver. I am choosing to knowingly, intelligently, and voluntarily waive the Rule 10 requirement to be arraigned in person.

I consent to **United States District Judge James E. Boasberg** arraigning me via video conference and conducting a status conference in my case via video conferencee. I consent of my own free will and volition. Nobody, including my attorney, the attorney for the government, or the Court, has coerced my decision to consent to arraignment and the conduct of a status conference via video conference.

*Ryan Scott Zink*
Ryan Scott Zink (Mar 18, 2021 10:37 CDT)

3/18/2021

Date

**Ryan Scott Zink**
**Defendant**

Cynthia Hujar Orr
Name of Attorney for Defendant (Print)

3/18/2021

Date

Signature of Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Janani Iyengar, as a registered participate to the CM/ECF document filing system, on this 18th day of March 2021.

By: _/s/ Cynthia E. Orr_
Cynthia E. Orr