IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff, § | |
| § | |
| vs. § | Case No. 1:21-CR-00191-JEB-1 |
| § | |
| RYAN SCOTT ZINK, § | |
|     Defendant. § | |

### NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT

NOW COMES Cynthia E. Orr with the law firm of Goldstein & Orr and notifies the Court that she has also been retained to represent the Defendant, RYAN SCOTT ZINK, and requests all notices issued in the above cause.

Respectfully submitted.

**GOLDSTEIN & ORR**

By: */s/ Cynthia E. Orr*
    Cynthia E. Orr**\*** *(Pro Hac Vice)*
    Bar No.15313350
    Gerald H. Goldstein *(Pro Hac Vice)*
    Bar No. 08101000
    **GOLDSTEIN& ORR**
    310 S. St. Mary's St.
    29th Fl. Tower Life Bldg.
    San Antonio, Texas 78205
    210-226-1463 phone
    210-226-8367 facsimile
    Email: whitecollarlaw@gmail.com
    Email: Gerrygoldsteinlaw@gmail.com

By: *Nicholas D. Smith*

    Nicholas D. Smith
    D.C. Bar No.1029802
    David B Smith PLLC
    7 East 20th St., Suite 4R
    New York, NY 10003
    Telephone: 917-902-3869
    E-mail: nds@davidbsmithpllc.com

    Attorneys for Defendant,
    RYAN SCOTT ZINK
    *Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Janani Iyengar, as a registered participant to the CM/ECF document filing system, on this the 18th day of March 2021.

By:   /s/ *Cynthia E. Orr*
      Cynthia E. Orr