IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 1:21-CR-00191-JEB-1 |
| § | |
| RYAN SCOTT ZINK, § | |
| Defendant. § | |

**NOTICE OF APPEARANCE AS COUNSEL FOR DEFENDANT**

NOW COMES Gerald H. Goldstein with the law firm of Goldstein & Orr and notifies the Court that he has also been retained to represent the Defendant, RYAN SCOTT ZINK, and requests all notices issued in the above cause.

Respectfully submitted.

**GOLDSTEIN & ORR**

By: */s/ Gerald H. Goldstein*
    Gerald H. Goldstein *(Pro Hac Vice)*
    Bar No. 08101000
    Cynthia E. Orr* *(Pro Hac Vice)*
    Bar No.15313350
    **GOLDSTEIN& ORR**
    310 S. St. Mary's St.
    29th Fl. Tower Life Bldg.
    San Antonio, Texas 78205
    210-226-1463 phone
    210-226-8367 facsimile
    Email: whitecollarlaw@gmail.com
    Email: Gerrygoldsteinlaw@gmail.com

By: *Nicholas D. Smith*

      Nicholas D. Smith
      D.C. Bar No.1029802
      David B Smith PLLC
      7 East 20th St., Suite 4R
      New York, NY 10003
      Telephone: 917-902-3869
      E-mail: nds@davidbsmithpllc.com

      Attorneys for Defendant,
      RYAN SCOTT ZINK
      *Lead Counsel

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Janani Iyengar, as a registered participant to the CM/ECF document filing system, on this the 18th day of March 2021.

By: /s/ *Cynthia E. Orr*
      Cynthia E. Orr