IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 1:21-cr-00191-JEB-1 |
| § | |
| RYAN SCOTT ZINK, § | |
| Defendant. § | |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

**TO THE HONORABLE JAMES E. BOASBERG, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT of COLUMBIA:**

COME NOW, Defendant **RYAN SCOTT ZINK,** and the United State of America through their Counsel, and file this joint motion for continuance of status conference, and would show following in support of this motion:

1. Undersigned Counsel have conferred and agreed it appropriate to continue the status conference that is currently set for May 19, 2021.

2. Undersigned Counsel are engaged in the provision of discovery and reciprocal discovery which is not completed. They continue to communicate and to identify additional discovery. Counsel have not reached the point where they are able to file motions and litigate this case.

3. Undersigned Counsel requests a 30-day continuance.

This request is not being made for the purposes of delay, but rather so that justice can be served. The parties acknowledge that any continuance granted in this case is excludable under the Speedy Trial Act as delay resulting from a continuance

1

granted at the request of the parties because the ends of justice served by the continuance outweigh the public interest in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

**WHEREFORE, PREMISES CONSIDERED**, the parties respectfully prays this Court to grant this Joint Motion for Continuance of the Status Conference.

Respectfully submitted,

By: /s/ Cynthia E. Orr
        Cynthia E. Orr

CYNTHIA E. ORR*
Bar No. 15313350
GERALD H. GOLDSTEIN
Bar No. 08101000
GOLDSTEIN & ORR
310 S. St. Mary's Street
San Antonio, Texas 78205
Telephone: 210-226-1463
Facsimile: 210-226-8347
Email: whitecollarlaw@gmail.com
Email: Gerrygoldsteinlaw@gmail.com

**Attorneys for Defendant,
RYAN SCOTT ZINK**

Ryan Zink (May 17, 2021 21:52 CDT)

RYAN SCOTT ZINK,
Defendant

2

By: */s// Janani Iyengar*
Janani Iyengar

JANANI IYENGAR
Assistant United States Attorney
NY State Bar No. 5225990
555 Fourth Street, N.W., Room 9413
Washington, D.C. 20530
Telephone: 202-870-4487
Email: janani.iyengar@usdoj.gov

**Attorney for the Government**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Janani Iyengar, as a registered participant to the CM/ECF document filing system, on this the 17th day of May 2021.

By: */s/ Cynthia E. Orr*
Cynthia E. Orr

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| vs. § | Case No. 1:21-cr-00191-JEB-1 |
| § | |
| RYAN SCOTT ZINK, § | |
| Defendant. § | |

## **ORDER**

On this the _____ day of _____, 2021, came to be considered the Joint Motion for Continuance of the Status Conference, and the Court having considered the same, hereby, orders this motion:

GRANTED.            DENIED.

The new date for Status Conference will be: _____

SIGNED on this the _____ day of _____, 2021.

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE