**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 21-CR-191** |
| **v.** | : | |
| | : | |
| **RYAN SCOTT ZINK** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

      For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.  We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);

2. Memorandum Regarding Status of Discovery as of August 23, 2021; and

3. Memorandum Regarding Status of Discovery as of September 14, 2021.


Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793


By:   _____/s/ Emily A. Miller_____
     EMILY A. MILLER
     Capitol Breach Discovery Coordinator
     DC Bar No. 462077
     555 Fourth Street, N.W., Room 5826
     Washington, DC 20530
     Emily.Miller2@usdoj.gov
     (202) 252-6988

By:   _____/s/ Janani Iyengar_____
     Janani Iyengar
     Assistant United States Attorney
     NY State Bar No. 5225990
     555 Fourth Street, N.W., Room 9413
     Washington, D.C. 20530
     Telephone: 202-870-4487
     Email: janani.iyengar@usdoj.gov