UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 1:21-cr-00191-JEB |
| v. | : | |
| | : | |
| RYAN SCOTT ZINK, | : | |
| | : | |
| Defendant. | : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Francesco Valentini, detailed to the United States Attorney's Office for the District of Columbia. Please remove Janani Iyengar as counsel of record and from the electronic notification process.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Francesco Valentini*
Francesco Valentini
D.C. Bar No. 986769
Trial Attorney
United States Department of Justice, Criminal Division
Detailed to the D.C. United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 598-2337
francesco.valentini@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on April 26, 2022, an electronic copy of the foregoing was served on counsel for the defendant via the Court's ECF system.

>  /s/ Francesco Valentini
>  Francesco Valentini