# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Case No. 1:21-cr-00191-JEB-1 |
| | § | |
| RYAN SCOTT ZINK, | § | |
| Defendant. | § | |

## UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE

**TO THE HONORABLE JAMES E. BOASBERG, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT of COLUMBIA:**

COMES NOW, Defendant **RYAN SCOTT ZINK,** and through his undersigned counsel, and files this Unopposed Motion for Continuance of Status Conference, and would show the following in support of this Motion:

1. The status conference is currently set for May 5, 2022.
2. Undersigned Counsel has had difficulty accessing the discovery provided by the Government and still is having trouble. There is a substantial amount of discovery that must be processed and reviewed.
3. Undersigned Counsel requests a Sixty (60) – day continuance.
4. Undersigned Counsel has conferred with Assistant United States Attorney, Francesco Valentini, and he is not opposed to this Motion for Continuance.

This request is not being made for purposes of delay, but rather so that justice may be served. The parties acknowledge that any continuance granted in this case is excludable under the Speedy Trial Act as delay resulting from a continuance granted at the request of the parties because the ends of justice served by the continuance outweigh the public interest in a Speedy Trial. 18 U.S.C. § 3151(g)(7)(A).

**WHEREFORE, PREMISES CONSIDERED,** the Defendant, **RYAN SCOTT ZINK,** respectfully prays this Court grant this Unopposed Motion for Continuance of Status Conference.

Respectfully submitted,


By:    /s/ Cynthia E. Orr
       Cynthia E. Orr

CYNTHIA E. ORR*
Bar No. 15313350
GERALD H. GOLDSTEIN
Bar No. 08101000
GOLDSTEIN & ORR
310 S. St. Mary's Street
San Antonio, Texas 78205
Telephone: 210-226-1463
Facsimile: 210-226-8347
Email: whitecollarlaw@gmail.com
Email: gerrygoldsteinlaw@gmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Janani Iyengar, as a registered participant to the CM/ECF document filing system, on this the 29th day of April 2022.

       */s/ Cynthia E. Orr*
       Cynthia E. Orr

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| Plaintiff, | § | |
| | § | |
| Vs. | § | Case No. 1:21-cr-00191-JEB-1 |
| | § | |
| **RYAN SCOTT ZINK,** | § | |
| Defendant. | § | |

## ORDER

On this date came to be considered the Unopposed Motion for Continuance of Status Conference, and the Court having considered the same, hereby, orders this Motion:

GRANTED.          DENIED.

The new date for Status Conference will be: _____.

SIGNED on this the _____ day of _____, 2022.

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE