IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>RYAN SCOTT ZINK,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:21-cr-00191-JEB-1 |

## UNOPPOSED MOTION FOR CONTINUANCE OF STATUS CONFERENCE

**TO THE HONORABLE JAMES E. BOASBERG, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT of COLUMBIA:**

COMES NOW, Defendant **RYAN SCOTT ZINK**, and through his undersigned counsel, and files this Unopposed Motion for Continuance of Status Conference, and would show the following in support of this Motion:

1. Undersigned Counsel has conferred with Assistant United States Attorney, Francisco Valentini, and he is not opposed to this Motion for Continuance.

2. Undersigned counsel is engaging in discussions in regard to a plea offer that has been extended by Assistant United States Attorney, Francisco Valentini and other possible resolution of this case.

3. Assistant United States Attorney, Francisco Valentini has interviewed Capitol police with an eye toward seeking requested Brady evidence and the 302 will be forthcoming.

4. Undersigned Counsel anticipates the parties will have an answer for the Court regarding how they will proceed this matter, by the next scheduled conference date.

5. Undersigned Counsel and Assistant United States Attorney, Francisco Valentini participated in a conference call on October 6, 2022 to discuss case updates and discovery materials in support of a possible resolution.

This request is not being made for purposes of delay, but rather so that justice may be served. The parties acknowledge that any continuance granted in this case is excludable under

the Speedy Trial Act as delay resulting from a continuance granted at the request of the parties because the ends of justice served by the continuance outweigh the public interest in a Speedy Trial. 18 U.S.C. § 3151(g)(7)(A).

**WHEREFORE, PREMISES CONSIDERED,** the Defendant, **RYAN SCOTT ZINK,** respectfully prays this Court grant this Unopposed Motion for Continuance of Status Conference.

Respectfully submitted

By: __/s/ Cynthia E. Orr__
Cynthia E. Orr

CYNTHIA E. ORR*
Bar No. 15313350
GERALD H. GOLDSTEIN
Bar No. 08101000
GOLDSTEIN & ORR
310 S. St. Mary's Street
San Antonio, Texas 78205
Telephone: 210-226-1463
Facsimile: 210-226-8347
Email: whitecollarlaw@gmail.com
Email: gerrygoldsteinlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Francesco Valentini, as a registered participant to the CM/ECF document filing system, on this the 6th day of October 2022.

_/s/ Cynthia E. Orr_
Cynthia E. Orr

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>RYAN SCOTT ZINK,<br>Defendant. | § § § § § § § | Case No. 1:21-cr-00191-JEB-1 |

## ORDER

On this date came to be considered the Unopposed Motion for Continuance of Status Conference, and the Court having considered the same, hereby, orders this Motion:

GRANTED.                  DENIED.

The new date for Status Conference will be: _____.

SIGNED on this the _____ day of _____, 2022.

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE