UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CASE NO. 1:21-cr-00191-JEB-1 |
| RYAN ZINK | § | |

## STATUS REPORT

TO THE HONORABLE JAMES E. BOASBERG, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLOMBIA**:**

NOW COMES RYAN ZINK, Defendant in the above-styled and numbered cause, and files this Status Report. Defendant has made repeated contacts with counsel regarding the plea agreement and discussed its contents at length. Defendant has advised his counsel and desires that they advise this Court that he does not wish to accept the plea agreement and instead would like to proceed with trial.

Respectfully submitted,

**GOLDSTEIN & ORR**

By:   /s/ *Cynthia E. Orr*
      Cynthia E. Orr
      Bar No. 15313350
      GOLDSTEIN& ORR
      310 S. St. Mary's St.
      29th Fl. Tower Life Bldg.
      San Antonio, Texas 78205
      210-226-1463 phone
      210-226-8367 facsimile
      Email: whitecollarlaw@gmail.com

      Attorney for Defendant,
      RYAN ZINK

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Francesco Valentini as a registered participant to the CM/ECF document filing system, on this 13th day of December 2022.

        By:  /s/ *Cynthia E. Orr*
           Cynthia E. Orr