UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| vs. | § | CASE NO. 1:21-cr-00191-JEB-1 |
| | § | |
| | § | |
| RYAN ZINK | § | |

## STATUS REPORT

TO THE HONORABLE JAMES E. BOASBERG, UNTIED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLOMBIA:

NOW COMES DEFENDANT RYAN ZINK'S undersigned counsel in the above-styled and numbered cause, and file this status report.

Counsel for Defendant regret to inform this Honorable Court that after considerable discussion and consideration, counsel anticipate filing a Motion to Withdraw[1] as counsel for Defendant Zink in this case. Counsel have advised Defendant of their position.

Counsel wanted to put the Court on notice of same, and because the reasons for filing this Motion to Withdraw as Counsel are attorney-client privileged matters, Counsel is seeking the Court's advice as to how the Court wishes that Counsel proceed with regard to filing this motion.

In the event that Defendant Zink prefers not to waive privilege and wishes to assert his attorney-client privilege as to these confidential matters, undersigned

---

[1] Counsel will, of course, convey their work product to new counsel and assist new counsel in taking on the representation.

Counsel would suggest that this Honorable Court may prefer that said Motion to Withdraw be filed with a Magistrate Judge in order that the reasons for undersigned Counsel's decision not be heard before the tribunal trying Defendant's case, or in the alternative Counsel could file said reasons as a sealed exhibit with this Court, in the event that some further review becomes necessary. Counsel has advised Government Counsel, AUSA Francesco Valentini that undersigned anticipated filing such a Motion to Withdraw, however, have not disclosed the reasons for said motion.

    Counsel will be prepared to deal with this matter at the upcoming Status Conference scheduled for January 3, 2023, or at any other time that this Honorable Court deems appropriate.

Respectfully submitted,

**GOLDSTEIN & ORR**

By:   /s/ Cynthia E. Orr
Cynthia E. Orr

CYNTHIA E. ORR
Bar No. 15313350
GERALD H. GOLDSTEIN
Bar No. 08101000
GOLDSTEIN & ORR
310 S. St. Mary's Street
San Antonio, Texas 78205
Telephone: 210-226-1463
Facsimile: 210-226-8347
Email: whitecollarlaw@gmail.com
Email: gerrygoldsteinlaw@gmail.com

Attorney for defendant,
RYAN ZINK

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been electronically delivered to Assistant United States Attorney Francesco Valentini, as a registered participant to the CM/ECF document filing system, on this the 29th day of December 2022.

                                               */s/ Cynthia E. Orr*
                                               Cynthia E. Orr