UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No.: 21-cr-191-JEB |
| | ) |
| v. | ) |
| | ) |
| RYAN SCOTT ZINK, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**COUNSEL'S MOTION TO WITHDRAW FROM THE CASE**

Undersigned counsel entered an appearance in this matter in order to file a *pro hac vice* motion for Ryan Zink's lead counsel, Cynthia Hujar Orr and Gerald H. Goldstein, who are not admitted in this Court. On January 3, 2023, Orr and Goldstein appear to have made an oral motion to withdraw their appearances. At the time, Orr and Goldstein did not inform the undersigned that they were withdrawing from the case. Undersigned counsel is currently involved in a trial in another matter. On February 3, Orr emailed counsel and advised that she and her partner had withdrawn from the case. Zink has not retained the undersigned to represent him in this case, nor has he made any retainer payment to him. Counsel entered an appearance in this case as a favor to Orr and Goldstein. Counsel apologizes for any inconvenience this may have caused the Court and moves to withdraw his appearance.

Dated: February 13, 2023                Respectfully submitted,

/s/ Nicholas D. Smith
Nicholas D. Smith, D.C. Bar No. 1029802
1123 Broadway, Suite 909
New York, NY 10010
(917) 902-3869
nds@davidbsmithpllc.com

1

**Certificate of Service**

I hereby certify that on the 13th day of February, 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following CM/ECF user(s):

>Janani Iyengar
>Assistant United States Attorney
>555 4th Street, N.W., Room 4408
>Washington, D.C. 20530
>(202) 252-6986

And I hereby certify that I have mailed the document by United States mail, first class postage prepaid, to the following non-CM/ECF participant(s), addressed as follows: [none].

>/s/ Nicholas D. Smith
>Nicholas D. Smith, D.C. Bar No. 1029802
>1123 Broadway, Suite 909
>New York, NY 10010
>(917) 902-3869
>nds@davidbsmithpllc.com