**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Case No. 1:21-cr-191 (JEB)** |
| : | |
| **RYAN SCOTT ZINK,** : | |
| : | |
| Defendant.   : | |

**ORDER**

Upon consideration of the United States' unopposed motion to clarify or, alternatively, extend the due date for its response to the defendant's pending motion for disclosure (ECF No. 51), it is hereby ORDERED, that the United States's motion is GRANTED.

It is further ORDERED that the government shall file its response to the defendant's motion (ECF No. 51) on or before July 3, 2023.

Date:

_____
THE HONORABLE JAMES E. BOASBERG
UNITED STATES CHIEF DISTRICT JUDGE