UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JARED SAMUEL KASTNER,

Defendant.

Case No.
21-cr-725-MAU

### ORDER

In accordance with the oral rulings the Court issued on the record at the hearing held on July 21, 2023, and for the reasons stated on the record, it is hereby

**ORDERED** that Defendant's Motion to Suppress All Evidence Gained from Geo-Fencing and Cellular Location Data, ECF No. 109, is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion to Dismiss on First Amendment Grounds, and for Failure to State a Claim, ECF No. 114, is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Motion to Suppress Out of Court Identification, ECF No. 127, is **DENIED**; and it is

**FURTHER ORDERED** that Defendant's Omnibus Motion in Limine, ECF No. 126, is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that Defendant's Motion in Limine to Preclude All Discussion of Signs, Barricades or Announcement Not Seen by Kastner as well as All Discussion of Bad Acts, Crimes or Guilt by People Other than Kastner, ECF No. 121, is **DENIED WITHOUT PREJUDICE**; and it is

**FURTHER ORDERED** that Defendant's Motion in Limine to Exclude Falsified Photograph Created for Litigation, ECF No. 137, is **DENIED**; and it is

1

**FURTHER ORDERED** that the Government's Motion in Limine to Preclude Improper Defense Arguments, ECF No. 122, is **GRANTED IN PART** and **DENIED IN PART**; and it is

**FURTHER ORDERED** that the Government's Motion in Limine to Admit Certain Statutes and Records, ECF No. 123, is **GRANTED**; and it is

**FURTHER ORDERED** that the Government's Motion in Limine to Limit Unnecessary Discussion of Security-Related Topics, ECF No. 124, is **GRANTED**; and it is

**FURTHER ORDERED** that the Parties are to meet and confer as to the Government's Motion in Limine to Admit Certain Videos and Digital Evidence, ECF No. 125, and the Government's Motion in Limine Regarding Certain Evidence Contained in Defendant's Reciprocal Discovery Production, ECF No. 130. The Court will consider any related motion at the next hearing on August 2, 2023.

**SO ORDERED.**

Date: July 28, 2023

MOXILA A. UPADHYAYA
United States Magistrate Judge