UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **Complainant** : | |
| : | |
| v.   : | **Criminal Case No.** |
| : | **1:21-cr-00191 (JEB)** |
| **RYAN ZINK,** : | |
| : | |
| **Defendant.** : | |

_____

## DEFENDANT RYAN ZINK'S MOTION AND MEMORANDUM OF LAW TO CONTINUE TRIAL DUE TO GOVERNMENT'S SPOILATION OF EVIDENCE

Defendant RYAN ZINK ("Zink"), by and through undersigned counsel, hereby respectfully moves the Court to postpone the trial scheduled to begin on September 5, 2023, including associated dates such as for pre-trial conference, etc. in light of the revelation last week that information relevant to this case is missing, as set forth in Defendant Zink's companion motion.

August 13, 2023               **RESPECTFULLY SUBMITTED,**
                                              John M. Pierce, Esq.
                                              *Counsel for Defendant*

                                                  */s/ John Pierce*

                                              JOHN PIERCE LAW
                                              21550 Oxnard Street 3rd Floor, PMB #172
                                              Woodland Hills, CA 91367
                                              jpierce@johnpiercelaw.com
                                              (213) 279-7846

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system, which automatically provides a copy to:

>MATTHEW M. GRAVES
>UNITED STATES ATTORNEY
>
>CARI F. WALSH
>Assistant U.S. Attorney
>
>HOLLY F. GROSSHANS
>Assistant U.S. Attorney
>United States Attorney's Office
>for the District of Columbia
>601 D Street, NW
>Washington, D.C. 20530
>Phone: (202) 252-6737
>Cari.Walsh@usdoj.gov
>Holly.Grosshans@usdoj.gov
>
>Francesco Valentini
>United States Department of Justice, Criminal Division
>Detailed to the D.C. United States Attorney's Office
>601 D Street NW
>Washington, D.C. 20530
>(202) 598-2337
>francesco.valentini@usdoj.gov

                                      */s/ John Pierce*
                                      John M. Pierce