UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN SCOTT ZINK,<br><br>Defendant. | Criminal Action No. 21-191 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The Government's [52] and [54] Motions *in Limine* are GRANTED;

2. The Government's [53] Motion *in Limine* is GRANTED IN PART;

3. Defendant's [55] Motion *in Limine* is GRANTED IN PART; and

4. Defendant's remaining [51, 62] Motions are DENIED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: August 14, 2023