# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:21-CR-191 (JEB) |
| : | |
| **RYAN ZINK,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO DISMISS COUNT FOUR

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion to withdraw Count Four (40 U.S.C. § 5104(e)(2)(D)) of the Indictment. The government is moving to dismiss Count Four in the interest of justice.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:       /s/ Cari F. Walsh
CARI F. WALSH
Assistant U.S. Attorney
M.O. Bar No. 37867

HOLLY F. GROSSHANS
Assistant U.S. Attorney
D.C. Bar No. 90000361

United States Attorney's Office
for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Phone: (202) 252-6737
Cari.Walsh@usdoj.gov
Holly.Grosshans@usdoj.gov