**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 21-cr-191 (JEB)** |
| | : | |
| **RYAN ZINK** | : | |
| | : | |
| **Defendants.** | : | |

**THE UNITED STATES' PRETRIAL STATEMENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this Pretrial Statement. Attached hereto are the United States' Exhibit List, Witness List, Proposed Voir Dire and Proposed Jury Instructions.

a. **The United States' Statement of the Case**

The United States has charged the defendant, Ryan Zink, with three crimes in connection with events that occurred at the United States Capitol on January 6, 2021. Count One charges the defendant with obstruction of an official proceeding. Count Two charges the defendant with entering and remaining in a restricted building or grounds. Count Three charges the defendant with disorderly and disruptive conduct in a restricted building or grounds. The defendant has pleaded not guilty to these charges.

b. **Exhibit List**

Please see Attachment 1 hereto.

c. **Proposed Individual *Voir Dire* Questions**

Please see Attachment 2 hereto.

d. **List of Witnesses**

Please see Attachment 3 hereto.

e. **Proposed Jury Instructions and Verdict Form**

Please see Attachment 4 hereto.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:    /s/ Cari F. Walsh
       CARI F. WALSH
       Assistant U.S. Attorney
       M.O. Bar No. 37867

       HOLLY F. GROSSHANS
       Assistant U.S. Attorney
       D.C. Bar No. 90000361

       United States Attorney's Office
       for the District of Columbia
       601 D Street, NW
       Washington, D.C. 20530
       Phone: (202) 252-6737
       Cari.Walsh@usdoj.gov
       Holly.Grosshans@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, we caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

/s/ Holly F. Grosshans
HOLLY GROSSHANS
Assistant United States Attorney
