UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CASE NO. 21-cr-191(JEB) |
| | : | |
| RYAN ZINK | : | |
| | : | |
| Defendant. | : | |

**Government Exhibits Amended**

| 100 Series – Photographic and Video Evidence | | | | | |
| --- | --- | --- | --- | --- | --- |
| *Ex. No.* | *Description of Exhibit* | *Marked for I.D* | *Received in Evidence* | *Witness* | *Ex. Sent to Jury (date/time)* |
| 101.1 | FB Live Video - "Good Morning Patriots" | | | | |
| 101.1.a | Transcribed 101.1 | | | | |
| 101.2 | FB Live Video – "Just Checking In" | | | | |
| 101.3 | FB Live Video – "Seen some really cool things..." | | | | |
| 101.3.a | Transcribed 101.3 | | | | |
| 101.3.b | Still of 101.3.a (D in front of Area Closed signage) | | | | |
| 101.3.c | Still of 101.3.a (another still of D in front of signage) | | | | |
| 101.3.d | Still of 101.3 (area closed signage mirrored) | | | | |
| 101.4 | FB Live Video – "Front of the Capitol" | | | | |
| 101.4.a | Transcribed 101.4 | | | | |
| 101.5 | FB Live Video – "Arizona contested…" | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 101.5.a | Transcribed 101.5 | 2 | | | |
| 101.6 | Open Source FB Live Video – "We broke down the gates" | | | | |
| 101.6.a | Transcribed 101.6 | | | | |
| 101.6.1 | FB Live Video (from FB Records) | | | | |
| 101.7 | Open Source FB Live Video – "You wanted to see what this has become" | | | | |
| 101.7.1 | FB Live Video (from FB Records) | | | | |
| 101.8 | Open Source FB Live Video – "They aren't going to get this one." | | | | |
| 101.8.a | Transcribed 101.8 | | | | |
| 101.8.1 | FB Live Video (from FB Records) | | | | |
| 101.9 | FB Live Video – January 1, 2021 ID Video | | | | |
| 102.1 | Closed Circuit Video (CCV) – Capitol Dome | | | | |
| 102.2 | CCV – 0932 CVC Elevator South | | | | |
| 102.3 | CCV - 0933 CVC Elevator North | | | | |
| 102.4 | Open-Source Video from East Side | | | | |
| 103 | Clip of Third-Party Video 1 | | | | |
| 104 | Clip of Third-Party Video 2 | | | | |
| 105 | UTC to EST Time Conversion Table | | | | |
| **200 Series – Cellphone and Social Media Evidence** | | | | | |
| 201.1-201.5 | Cellphone Photos from Camera | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 202.1-202.13 | Facebook Exhibits | | | | |
| 203 | Twitter Records | | | | |
| **300 Series – Physical Evidence and Search Warrant Photos** | | | | | |
| 301.1 | SW Photo (Front Door) | | | | |
| 301.2 | SW Photo (Interior from Front Door) | | | | |
| 301.3 | SW Photo (Living Room Entrance Photo) | | | | |
| 301.4 | SW Photo (Living Room view of couch) | | | | |
| 301.5 | SW Photo (Sunglasses and Hat) | | | | |
| 301.6 | SW Photo (Bedroom Entrance Photo) | | | | |
| 301.7 | SW Photo (Hamper with Sweatshirt) | | | | |
| 301.8 | SW Photo (Hamper with Sweatshirt Marked) | | | | |
| 301.9 | SW Photo (Cellphone) | | | | |
| 301.10 | SW Photo (Firearms) | | | | |
| 302 | Sweatshirt | | | | |
| 303 | Hat | | | | |
| 304 | Cellphone | | | | |
| **400 Series – Legal and Congressional Records** | | | | | |
| 401 | Twelfth Amendment to U.S. Constitution | | | | |
| 402.1-402.4 | 3 U.S.C. §§ 15-18 | | | | |
| 403 | Congressional Record of the Senate, Wednesday, January 6, 2021 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 404 | Congressional Record of the House of Representatives, Wednesday, January 6, 2021 | 4 | | | |
| 405 | Concurrent Resolution, dated January 3, 2021 | | | | |
| 406 | Timeline of Election Cert Video | | | | |
| 407.1-407.2 | Certification of Congressional Videos | | | | |
| **500 Series – Other** | | | | | |
| 501 | 3D Rendering of East Front | | | | |
| 502 | Restricted Perimeter | | | | |
| 503 | HOS Notification Email | | | | |
| 504 | HOS Notification Worksheet | | | | |
| 505 | CCV of Evacuation of VP | | | | |
| 506 | Second Floor of Capitol Map | | | | |
| 507 | Old Map of Capitol Grounds | | | | |
| 508 | DC Mayor Citywide Curfew Order | | | | |
| **600 Series – Stipulations** | | | | | |
| | | | | | |
| | | | | | |