UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-cr-191 (JEB) |
| | : | |
| RYAN ZINK | : | |
| | : | |
| Defendant. | : | |

**PROPOSED VOIR DIRE**

The Government proposes the following individual voir dire questions:

1. How long have you lived in the District of Columbia?

2. If you have lived in Washington, D.C. for fewer than three years, where did you live before?

3. What is your neighborhood called?

4. Do you have children or stepchildren? If so, how many? What are their ages?

5. What is the highest level of school you completed?

6. What is your current work status?

7. What is your current occupation and employer?

    a. How long have you been at this job?

    b. What is your current role at work?

    c. Does your role include supervisory duties?

8. What is your marital status? If you are married, what is your spouse's occupation?

9. What are your primary sources for local and national news?

**Proposed Follow-up Questions**

10. If you answered "yes" to Question 14 (prior jury service):

    a. What kind of jury did you serve on a criminal jury or a civil jury?

    b. Have you ever been the foreperson?

    c. Did you reach a verdict?

    d. Was there anything about your experience as a juror which would affect your ability to serve fairly and impartially as a juror at this trial?

11. If you answered "yes" to Question 12 (watching videos or viewing photographs depicting the events of Jan. 6):

    a. From what source—that is, what website, social media platform, or news program—did you view those videos, photographs, posts, or other news alert?

    b. Did you watch live news coverage of the events at the United States Capitol on January 6, 2021?

    c. About how many videos have you seen from the events that occurred at the United States Capitol on January 6, 2021?

    d. Do you follow anyone on any social media platform who regularly reports or comments on the events of January 6, 2021?

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      /s/ Cari F. Walsh
CARI F. WALSH
Assistant U.S. Attorney
M.O. Bar No. 37867

HOLLY F. GROSSHANS
Assistant U.S. Attorney
D.C. Bar No. 90000361

United States Attorney's Office
for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Phone: (202) 252-6737
Cari.Walsh@usdoj.gov
Holly.Grosshans@usdoj.gov