# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CASE NO. 21-cr-191 (JEB) |
| : | |
| RYAN ZINK  : | |
| : | |
| Defendant.  : | |

## GOVERNMENT'S LIST OF EXPECTED WITNESSES

The Government may call the following witnesses during its case-in-chief. The Government may determine that some of these witnesses are not necessary, or that additional witnesses are necessary. The Government will promptly inform the Court and the Defendant if the Government determines that additional witnesses may be necessary. The potential witnesses are:

1. United States Capitol Police, Lieutenant George McCree
2. United States Secret Service Agent, Lanelle Hawa
3. Federal Bureau of Investigations Special Agent, Michael Brown
4. Federal Bureau of Investigations Special Agent, Allen Pack
5. United States Capitol Police Officer, Raymond Mooney
6. United States Capitol Police Officer, Joshua Barney
7. United States Capitol Police Sergeant, Johnathan Jenkins

The United States reserves the right to call witnesses in rebuttal to the defendant's case, and to call any additional witness whose testimony is necessary to lay foundation for the admissibility of evidence.

                Respectfully submitted,

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052


By:        /s/ Cari F. Walsh
                CARI F. WALSH
                Assistant U.S. Attorney
                M.O. Bar No. 37867

                HOLLY F. GROSSHANS
                Assistant U.S. Attorney
                D.C. Bar No. 90000361

                United States Attorney's Office
                for the District of Columbia
                601 D Street, NW
                Washington, D.C. 20530
                Phone: (202) 252-6737
                Cari.Walsh@usdoj.gov
                Holly.Grosshans@usdoj.gov