

STATE OF RHODE ISLAND

**Supreme Court**
*Disciplinary Board*

Noel Judicial Complex
222 Quaker Lane – Room 1083
Warwick, Rhode Island 02886
(401) 823-5710
Fax: (401) 822-6071
disc@courts.ri.gov

June 19, 2023

U.S. District & Bankruptcy Courts for the District of Columbia
Attn: Attorney Admissions
333 Constitution Avenue NW, Room 1225
Washington, DC 20001

*Re: Letter of Disciplinary History* – **Roger Roots, Esquire**

To whom it may concern:

Please be advised that Roger Roots, Esquire is a member of the Rhode Island Bar and has no history of discipline for professional misconduct. There have been no charges filed against Attorney Roots and there are no complaints pending. I trust this information will be of assistance to you.

Very truly yours,

Kerry Reilley Travers
Deputy Disciplinary Counsel

KRT:lmn