UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN SCOTT ZINK,<br><br>Defendant. | Criminal Action No. 21-191 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [69, 70] Motions to Dismiss and Continue are DENIED; and

2. Defendant's [71] Motion *in Limine* is GRANTED IN PART and DENIED IN PART.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: September 1, 2023