Leave to file GRANTED

James E. Boasberg
Chief Judge                    5/6/23
                               Date

# Exhibit A

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
для the
## District of Columbia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| RYAN ZINK | ) | Case No. | 1:21-cr-00191 (JEB) |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   REPRESENTATIVE KEVIN McCARTHY, Representative Kevin McCarthy, Speaker of the U.S. House of Representatives, Suite H-232, THE U.S. CAPITOL, WASHINGTON, D.C. 20515. 202-225-4000.  SERVE:  General Counsel, House of Representatives, Room 5140 O'Neill House Office Building, U.S. Congress, Washington, D.C. 20515

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: E. Barrett Prettyman Courthouse 333 Constitution Ave., N.W., Washington, D.C. 20001 | Courtroom No.: 22A   Judge James Boasberg |
|---|---|
| | Date and Time: 9/5/2023 at 9:30 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Any and all videos relating to events of Jan. 6, 2021, compiled by the U.S. Capitol Police or House Select Committee re: January 6.  Any and all communications from the USCP, Sargeants at Arms, Speaker, FBI, and/or Secret Service created 1/5 to 1/19/2021, relating to or concerning (1) plans to resume the Joint Session of Congress on 1/6/202 after disrupted, (2) why, when, and by whom a recess of the Joint Session of Congress was decided or recommended in the early afternoon of 1/6/2021, (3) any effect from the discovery of pipe bombs near Capitol Hill on 1/6/2021 upon the Joint Session, (4) when the decision to recess Congress started, that is when the cause for the recess first existed.

(SEAL)

Date:   JULY 17, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Ryan Zink , who requests this subpoena, are:

John M. Pierce, JOHN PIERCE LAW, 21550 Oxnard Street 3rd Floor, PMB #172, Woodland Hills, CA 91367,   jpierce@johnpiercelaw.com   mobile telephone (213) 279-7846.

The Clerk's Criminal Office is (202) 354-3060 and Judge James Boasberg's Courtroom Deputy is at (202) 354-3144

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                    _____
                                                *Printed name and title*

                                    _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
## District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| RYAN ZINK | ) Case No. 1:21-cr-00191 (JEB) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: REPRESENTATIVE JIM JORDAN, Chairman, U.S. House of Representatives Judiciary Committee, 2138 Rayburn House Building, Washington, DC 20515. (202) 225-6906.  SERVE:  General Counsel, House of Representatives, Room 5140 O'Neill House Office Building, U.S. Congress, Washington, D.C. 20515

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: E. Barrett Prettyman Courthouse 333 Constitution Ave., N.W., Washington, D.C. 20001 | Courtroom No.: 22A   Judge James Boasberg |
|---|---|
| | Date and Time: 9/5/2023 at 9:30 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Any and all videos relating to events of Jan. 6, 2021, compiled by the U.S. Capitol Police or House Select Committee re: January 6.  Any and all communications from the USCP, Sargeants at Arms, Speaker, FBI, and/or Secret Service created 1/5 to 1/19/2021, relating to or concerning  (1) plans to resume the Joint Session of Congress on 1/6/202 after disrupted, (2) why, when, and by whom a recess of the Joint Session of Congress was decided or recommended in the early afternoon of 1/6/2021,  (3) any effect from the discovery of pipe bombs near Capitol Hill on 1/6/2021 upon the Joint Session, (4) when the decision to recess Congress started, that is when the cause for the recess first existed.

Date:    JULY 17, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Ryan Zink , who requests this subpoena, are:

John M. Pierce, JOHN PIERCE LAW,  21550 Oxnard Street 3rd Floor, PMB #172, Woodland Hills, CA 91367,     jpierce@johnpiercelaw.com     mobile telephone  (213) 279-7846.

The Clerk's Criminal Office is (202) 354-3060 and Judge James Boasberg's Courtroom Deputy is at  (202) 354-3144.

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
## District of Columbia

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| RYAN ZINK | ) | Case No. | 1:21-cr-00191 (JEB) |
| *Defendant* | ) | | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Representative Marjorie Taylor Greene
U.S. House of Representatitves, 403 Cannon Building,
Washington, DC 20515.  Phone: (202) 225-5211

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: E. Barrett Prettyman Courthouse 333 Constitution Ave., N.W., Washington, D.C. 20001 | Courtroom No.: 22A   Judge James Boasberg |
|---|---|
| | Date and Time: 9/5/2023   at   9:30 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Any and all communications to or from the U.S. Capitol Police, Sargeants at Arms, Congressional leadership, Federal Bureau of Investigation, and/or Secret Service created 1/5 to 1/19/2021, relating to or concerning  (1) plans to resume the Joint Session of Congress on 1/6/202 after disrupted, (2) why, when, and by whom a recess of the Joint Session of Congress was decided or recommended in the early afternoon of 1/6/2021,  (3) any effect from the discovery of pipe bombs near Capitol Hill on 1/6/2021 upon the Joint Session, (4) when the decision to recess Congress started, that is when the cause for the recess first existed, (5) how demonstrators arriving AFTER the recess caused a recess.

Date: JULY 17, 2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Ryan Zink
_____, who requests this subpoena, are:

John M. Pierce, JOHN PIERCE LAW, 21550 Oxnard Street 3rd Floor, PMB #172, Woodland Hills, CA 91367,    jpierce@johnpiercelaw.com    mobile telephone  (213) 279-7846.

The Clerk's Criminal Office is (202) 354-3060 and Judge James Boasberg's Courtroom Deputy is at (202) 354-3144

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: