

John M. Pierce – Managing Partner
E: jpierce@johnpiercelaw.com

February 14, 2023

**Via Email and FedEx**

Cynthia Orr & Gerry Goldstein
GOLDSTEIN & ORR
310 S. St. Mary's Street
29th Floor Tower Life Building
San Antonio, Texas 78205
210-226-1463

Re:     **United States v. Ryan Zink, Case Number 1:21-cr-00191-JEB-1**

Dear Counsel:

Ryan Zink has retained us to represent him with respect to all criminal proceedings in the above-referenced action. By his signature below, he hereby requests the following:

1) Please immediately coordinate with my Client Advocate, Em Lambert, copied on this correspondence, to execute a Substitution of Counsel form that we will file tomorrow to effectuate the change in counsel so that I am in a position to appear as his counsel of record at the next status hearing;

2) Please immediately coordinate with Ms. Lambert to transfer Mr. Zink's entire file to us, including all discovery you have received from the government. Ms. Lambert can assist in facilitating this transfer through electronic means such as DropBox to make the transfer as easy as possible for you;

3) Please within seven (7) days, provide to Mr. Zink, through me, with an accounting of your firm's work on the matter as well as a refund of all funds Mr. Zink or his family has sent to your client trust account. Do not transfer any further funds from your client trust account to your operating account prior to agreement or consent of Mr. Zink as communicated by me.

For the sake of clarity, and by Mr. Zink's signature below, your representation of Mr. Zink is hereby terminated. Pursuant to the applicable ethical rules, please refrain from direct or indirect communication with Mr. Zink. All communications should be through me.

Re: JPL Transfer Letter
February 14, 2023
Page 2

Ryan Zink (Feb 14, 2023 16:45 CST)

Feb 14, 2023

Sincerely,

John M. Pierce

Managing Partner
John Pierce Law

21550 Oxnard Street 3rd Floor, Woodland Hills, CA 91367

# JPL Transfer Letter Zink (1)

Final Audit Report          2023-02-14

| | |
|---|---|
| Created: | 2023-02-14 |
| By: | Emily Rutherford (Elambert@armchairlegal.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIvnCmU4S9e5FiUQvrodecb0L-uBwBCPW |

## "JPL Transfer Letter Zink (1)" History

- Document created by Emily Rutherford (Elambert@armchairlegal.net)
  2023-02-14 - 10:43:24 PM GMT

- Document emailed to ryanzink@proton.me for signature
  2023-02-14 - 10:43:52 PM GMT

- Email viewed by ryanzink@proton.me
  2023-02-14 - 10:44:28 PM GMT

- Signer ryanzink@proton.me entered name at signing as Ryan Zink
  2023-02-14 - 10:45:50 PM GMT

- Document e-signed by Ryan Zink (ryanzink@proton.me)
  Signature Date: 2023-02-14 - 10:45:52 PM GMT - Time Source: server

- Agreement completed.
  2023-02-14 - 10:45:52 PM GMT

Adobe Acrobat Sign