CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

USA

vs.

RYAN SCOTT ZINK

Civil/Criminal No.: 21CR191

### NOTE FROM JURY

We have reached a verdict.

Date: 9/13/23
Time: 13:57