UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN ZINK,<br><br>Defendant. | Criminal Action No. 21-191 (JEB) |

## VERDICT FORM

Count I
How do you find the Defendant on the charge of Obstruction of an Official Proceeding?

__X__ Guilty  _____ Not Guilty

Count II
How do you find the Defendant on the charge of Entering or Remaining in a Restricted Building or Grounds?

__X__ Guilty  _____ Not Guilty

Count III
How do you find the Defendant on the charge of Disorderly or Disruptive Conduct in a Restricted Building or Grounds?

__X__ Guilty  _____ Not Guilty