So ordered GRANTED

/s/ James E. Boasberg  9/27/23
James E. Boasberg
Chief Judge                Date

## WAIVER OF ATTORNEY-CLIENT PRIVILEGE

I, Ryan S. Zink, hereby waive the attorney-client privilege I have with John Pierce Law, P.C. and John Pierce with respect to any and all communications with Jeffrey N. Zink, my personal and spiritual representative or his counsel. This designated privilege allows Jeffrey N. Zink to be, present for all communications with respect to the below referenced matter with any and all attorneys in or outside the courtroom.

U.S. District Court, District of Columbia,
Case Number 1:21-cr-0191

Specifically, I waive this privilege as to any and all communications including, but not limited to any and all electronic or paper documents related to the aforementioned case; Including, but not limited to, photographs, videos, depositions, statements, witness lists, etc.; Any and all evidence presented by my defense team or the prosecution. This includes in its entirety, all communications I have had prior to this Waiver with John Pierce and/or his firm concerning my case as referenced above and provides for any and all case file information to be shared with Jeffrey N. Zink if/when requested verbally or in writing.

This Waiver shall survive beyond the adjudication of the above referenced matter to include all appeals and ensure my individual interests are addressed both personally and spiritually.

I have made this waiver knowingly and of my own free will. I have done so because I require personal and spiritual guidance within the scope of any legal representation made by John Pierce and John Pierce Law, P.C. on my behalf.

DATED: this 13th day of September, 2023.

_Ryan S. Zink_
Ryan S. Zink

WASHINGTON, D.C.    ) 
                    ) ss.
                    )

The forgoing instrument was acknowledged before me on this 13th day of September, 2023, by Ryan S. Zink.

_____
NOTARY PUBLIC

My Commission Expires:
EDDIE RIVERA
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 30, 2027



RECEIVED

SEP 13 2023

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia