UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>RYAN ZINK )<br>)<br>            **Defendant** )<br>) | Criminal No. 1:21-cr-00191-JEB-1 |

**DEFENDANT ZINK'S MOTION FOR FIVE ADDITIONAL DAYS TO FILE POST TRIAL MOTIONS**

Defendant Ryan Zink respectfully requests an extension of 5 days to file any post trial motions.

Counsel and support staff have been ill and need additional time to complete pending motions. Counsel has communicated with the government and received no response as to whether or not they oppose this motion.

Zink requests five additional days to file post trial motions.

Dated: September 27, 2023                                                                      Respectfully Submitted,

                                                                                                                                   */s/ John M. Pierce*
                                                                                                                                   John M. Pierce
                                                                                                                                   21550 Oxnard Street
                                                                                                                                   3rd Floor, PMB #172
                                                                                                                                   Woodland Hills, CA 91367
                                                                                                                                   Tel: (213) 400-0725
                                                                                                                                   Email: jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

  I, John M. Pierce, hereby certify that on this day, September 27, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

              <u>/s/ John M. Pierce</u>
              John M. Pierce