DECLARATION OF EMILY LAMBERT

I, Emily Lambert, am currently employed by John Pierce Law firm.  I write this declaration under oath and under penalties of perjury.

On February 14th, 2023, at Mr. Pierce's request, I sent a transfer letter to Mr. Zink's prior counsel. This letter stated in part: Please immediately coordinate with Ms. Lambert to transfer Mr. Zink's entire file to us, including all discovery you have received from the government. Ms. Lambert can assist in facilitating this transfer through electronic means such as DropBox to make the transfer as easy as possible for you." See Exhibit A.

On February 28th, 2023, Mr. Zink's previous counsel sent us a dropbox link claiming that it included all of Mr. Zink's discovery. Nothing in this email stated that there was any more discovery located elsewhere, nor did it have any further instructions stating that I would need to do anything more in depth than downloading and unzipping the file from the dropbox.

Both myself and another paralegal in the firm continued for several months to request all discovery, from both the AUSA on the case, Mr. Valentini, and from Mr. Zink's prior counsel. None of them ever mentioned the existence of hundreds of photos from the Canon camera. They never mentioned to me a physical hard drive. I was told that I had been provided with everything via a dropbox link.

Midway through the trial, we learned that there were possibly hundreds of photographs missing from Mr. Zink's discovery. I checked my downloads, and the folder I had been sent by Mr. Zink's previous counsel.  I confirmed that we were missing photos, and informed Mr. Roots, who immediately requested them from the AUSA's. The prosecutors stated that they provided them to Mr. Zink's previous counsel on a hard drive.

After the conclusion of the case, while we were finalizing the exhibits to send to the jury, I approached AUSA Cari Walsh at the prosecution table in the courtroom.  I asked if they would provide me with the contents of Mr. Zink's Canon Camera if I provided a new, blank hard drive. AUSA Holly Grosshans then stated again that they had already provided the photos to Mr. Zink's previous counsel. I then reiterated that while I understood that they had provided this previously, I had never seen nor did I possess this hard drive, and would they please just reupload them to a new, blank hard drive that I would gladly provide to them. They responded that they could not, because they no longer had the photographs, as they had deleted them.

In the aftermath of the trial I have followed up with emails to Mr. Zink's prior counsel, Cynthia Orr. Ms. Orr has indicated that the US Attorneys Office provided a flash drive to her office which could not be opened.  Ms. Orr indicated she sent the flashdrive back to the US Attorneys office and that the US Attorneys Office then resent another drive which was also unopenable, despite Ms. Orr's requests that the government provide the files in an accessible way.

To this day we have never seen or been provided with these hundreds of missing photos and videos. And I witnessed the prosecutors referencing the photos to the jury several times during trial.  The prosecution's statements to the jury about the withheld photos were devastating and likely caused the jury to convict Zink on all counts.

*/s/ Emily Lambert*