## Declaration Of Jeffrey Nelson Zink

I, Jeffrey Nelson Zink, hereby swear and attest that the following facts are true, under penalty of perjury:

1. My name is Jeffrey Nelson Zink and I was and am, a candidate for the United States Congress in the Third Congressional District of Arizona commencing on or about December 26, 2020.

2. I personally saw and reviewed pictures that were stored on the Canon Camera after Ryan Zink returned from Washington, D.C. on or about January 8, 2021, prior to the camera being seized by the FBI.

3. I personally observed that the Canon camera contained several hundred photographs, and many videos as well. These photographs included those to be used for business cards and marketing materials for the Jeff Zink for Congress Campaign taken prior to visiting Washington, D.C.

4. Many dozens, if not hundreds of the images were campaign-oriented images of myself and my surroundings. All of which for the express purpose to be used for marketing of my congressional campaign.

5. Unfortunately, none of the photos and/or videos were able to be used for the campaign before the camera was seized on or about February 4, 2021.

Dated 10/3/2023

Jeffrey Nelson Zink