## Declaration Of Stephanie Rae Somplack Zink

I, Stephanie Rae Somplack Zink, hereby swear and attest that the following facts are true, under penalty of perjury:

1. My name is Stephanie Rae Somplack Zink and I was the Campaign Manager for the Jeff Zink For Congress congressional campaign for the 2022 General Election. My position commenced on or about December 26, 2020.

2. As the Campaign Manager, I personally reviewed photographs contained on the Canon camera taken <u>before</u> Ryan Zink travelled to Washington, D.C. as they were intended for the congressional campaign.

3. Between January 8, 2021 and January 16, 2021, I personally recall seeing and reviewing pictures and videos that were on the Canon camera <u>after</u> Ryan Zink returned from Washington, D.C., before the camera was seized by the FBI.

4. I am aware that potentially hundreds of images on the Canon camera were campaign-oriented images of Jeff Zink and Jeff Zink's surroundings during the Washington, D.C. visit, which were meant for use as marketing for Mr. Zink's congressional campaign.

5. As Campaign Manager, I was not able to utilize any of the photos for the congressional campaign before the Canon camera was seized on or about February 4, 2021.

Dated October 3 2023

Stephanie Rae Somplack Zink