**From:** Emily Lambert
**Sent:** Tuesday, October 3, 2023 7:48 PM
**To:** Roger Roots
**Subject:** FW: Ryan Zink

**From:** Cynthia Orr
**Sent:** Thursday, September 14, 2023 8:21 PM
**To:** Gerry Goldstein; Emily Lambert; Valentini, Francesco (CRM); John Pierce; Roger Roots; Walsh, Cari (USADC); GROSSHANS, HOLLY (USADC)
**Subject:** Fwd: Ryan Zink

# FYI

Cynthia Eva Hujar Orr
GOLDSTEIN & ORR
310 S. St. Mary's Street
29th Floor Tower Life Building
San Antonio, Texas 78205
210-226-1463



---------- Forwarded message ---------
From: **Frances Flores** <francesflores29fl@gmail.com>
Date: Thu, Sep 14, 2023 at 3:30 PM
Subject: Fwd: Ryan Zink
To: <elambert@johnpiercelaw.com>
Cc: Cynthia Orr <whitecollarlaw@gmail.com>, Ronnie Wilkins <rwilkins7134@gmail.com>, JARON Toscano <jaron1317@gmail.com>, Terry Kimball <tlisakimball@gmail.com>

# Ms. Lambert,

In addition to the previous email related to the drop box link  please find two more attachments related to the data on the Cannon Rebel SD card that was provided to you in the dropbox link .   One is a Clio note detailing instructions  on how to extract and examine the photos.  The second is an email which was sent by AUSA Valentini regarding the deadline to upload and return the usb provided by his office.  As instructed in the attached email, the usb flash drive was returned by us prior to the August 30, 2022 deadline and our [box.com](http://box.com) access to these materials was terminated on October 16, 2022.  All the contents provided to us from this exchange were uploaded to the drop box folder provided by Mr. Jaron Toscano.  Our office did not provide you the flash drive or access to the [box.com](http://box.com) link because we no longer had access or possession to them.  We did however provide you with the contents included in both.
Please feel free to contact me if you have any further questions.
Thank you,

On Thu, Sep 14, 2023 at 2:41 PM Frances Flores <[francesflores29fl@gmail.com](mailto:francesflores29fl@gmail.com)> wrote:

> Good Afternoon Ms. Lambert,
> Attached please find an email regarding the dropbox link provided by Paralegal Jaron Toscano with your confirmation reply.  Please feel free to contact me if you have any problems opening the attachment.
>
> Thank you,
>
> --
> Frances Flores
> Senior Paralegal

Goldstein & Orr
(210) 226-1463 Ext. 12
francesflores29fl@gmail.com

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

The linked image cannot be displayed. The file may have been moved,

The linked image cannot be displayed. The file may have been moved, renamed, or

The linked image cannot be displayed.

--

Frances Flores
Senior Paralegal
Goldstein & Orr
(210) 226-1463

The linked image cannot be displayed. The file may have been moved, renamed, or deleted. Verify that the link points to the correct file and location.

The linked image cannot be displayed. The file may have been moved

The linked image cannot be displayed. The file may have been

The linked image cannot be displayed