IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>-v-<br><br>**RYAN ZINK**<br><br>**Defendants.** | Criminal No.: **1: 21-cr-00191-JEB-1**<br><br>**DEFENDANTS MOTION TO CONTINUE SENTENCING HEARING** |

COMES NOW Defendant Ryan Zink, by and through undersigned counsel John Pierce, with this motion for an extension of time in the matter of **30 days** for Defendants and Defense counsel to address, research, and prepare for sentencing hearing. Counsel and support staff have conflicting dates as we will be in trial representing John George Todd III in case No. 22-CR-00166-MAU starting December 15, 2023. This extra time will allow for counsel to finish up our other trial and also prepare adequately for this hearing.

Dated: November 27, 2023

Respectfully Submitted,

/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA
91367 Tel: (213) 400-0725

Email: jpierce@johnpiercelaw.com
*Attorney for Defendants*

CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 27, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ John M. Pierce*
John M. Pierce