UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | CASE NO. 21-CR-00191(JEB) |
| | : | |
| **RYAN ZINK** | : | |
| | : | |
| **Defendant.** | : | |

GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney, Holly F. Grosshans, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 481052

BY:    /s/ Holly F. Grosshans
       HOLLY F. GROSSHANS
       Assistant U.S. Attorney
       D.C. Bar No. 90000361
       United States Attorney's Office
       for the District of Columbia
       601 D Street, NW
       Washington, D.C. 20530
       Phone: (202) 252-6737
       Holly.Grosshans@usdoj.gov