UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 1:21-cr-191 (JEB) |
| : | |
| RYAN SCOTT ZINK,   : | |
| Defendant.   : | |
| : | |
| : | |

## JOINT STATUS REPORT

The United States of America and Defendant Ryan Scott Zink offer this Joint Status Report regarding sentencing dates in compliance with the Court's Minute Order dated July 19, 2024. The parties jointly propose that the Court set a sentencing date on September 18, 19 or 20, or during the weeks of September 23 to 27, or September 30 to October 4. Sentencing memorandum will be filed by each party no later than seven days prior to the sentencing date.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:   *s/ Cari F. Walsh*
CARI F. WALSH
Assistant U.S. Attorney
MO Bar No. 37867
United States Attorney's Office
for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Cari.Walsh@usdoj.gov

By: *s/ Roger Roots*
ROGER I. ROOTS
RI Bar No. 6752
JOHN PIERCE
CA Bar No. 250443
21550 Oxnard Street, 3rd Floor
PMB #172
Woodland Hills, CA 91367
Phone: (775)764-9347
Email: rroots@johnpiercelaw.com
Email: jpierce@johnpiercelaw.com

ATTORNEYS FOR DEFENDANT