UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-191 (JEB) |
| | : | |
| **RYAN ZINK** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### CONSENT MOTION TO DISMISS COUNT ONE OF THE INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through undersigned counsel, and with the consent and agreement of defense counsel, respectfully moves for an order of this Court to dismiss Count One of the Indictment, charging the Defendant with Obstruction of an Official Proceeding in violation of 18 U.S.C. § 1512(c)(2). This motion is made in the interest of justice and in order to clarify and simplify the issues to be resolved at the sentencing hearing, which is scheduled for September 20, 2024.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:  /s/ Cari F. Walsh
CARI F. WALSH
Assistant U.S. Attorney
MO Bar No. 37867
United States Attorney's Office
for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
Phone: (202) 252-6737
Email: Cari.Walsh@usdoj.gov