**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:21-cr-191 (JEB)** |
| | : | |
| **RYAN ZINK** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION FOR ZOOM SENTENCING

The United States of America respectfully opposes Defendant Ryan Zink's motion to convert the in-person sentencing hearing set for September 20, 2024, to a Zoom hearing. ECF No. 130. On Friday, September 13, 2024, counsel for Defendant Ryan Zink moved to change the format of the sentencing to Zoom because of difficulty of his client to pay for travel expenses, and for travel expenses for defense counsel and his team.  By Minute Order on Monday, September 15, 2024, the Court granted the motion. Federal Rule of Criminal Procedure 43(b)(2) requires that a "defendant's written consent" be submitted before a sentencing hearing may be held by video conference. No signed statement of the Defendant was submitted with the filing requesting that the hearing be converted to a video hearing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052


By:     /s/ Cari F. Walsh
        CARI F. WALSH
        Assistant U.S. Attorney
        MO Bar No. 37867
        United States Attorney's Office
        for the District of Columbia
        601 D Street, NW
        Washington, D.C. 20530
        Phone: (202) 252-6737
        Email: Cari.Walsh@usdoj.gov