---------- Forwarded message ----------
From: Holli Walker
Date: On Wed, Sep 18, 2024 at 8:33 AM
Subject: Fw: Letter
To:
Cc:

September 2024

To Whom it May Concern:

Almost 4 years ago I received a phone call from a dear friend asking me for a favor. She wanted me to consider renting my home to an acquaintance of hers. She did tell me that he had had a few set backs, but wanted me to hear this from his own mouth and wanted to give him my contact information. I let her know that would be fine. A short time later I received a phone call from a Mr Ryan Zink. He wanted to rent my home but had recently been incarcerated. He went over every detail he had been through over the past several months and upcoming hurdles he would be going through.

Ryan has lived in my home with his wife and new baby (who is a doll!) for 3 + years. He is a hard working young man with a great future ahead. He has become a friend and I am happy that I made the decision to have him in my and my family's life.

Thank You,

Holli Walker