

---------- Forwarded message ----------
From: Jennifer Hazelbaker
Date: On Tue, Sep 17, 2024 at 1:00 PM
Subject: Fw: Letter
To:
Cc:

To Honorable Judge James Boasberg,

I am writing on behalf of Ryan Zink. We met Ryan about three years ago when he became our neighbor and now someone we are proud to call our friend. He is always willing and able to help us with anything we need. Due to long lasting side effects to chemo treatments five years ago I am no longer able to drive. When my husband or other family members are not available he will drive me to wherever I need to go. He has also taken my husband to the emergency room when we needed him to. He mows our yard, trims our trees and so much more. We could not ask for a better neighbor or friend. In my humble opinion it would be an injustice to not only my family but also our community for Ryan not to be a part of it. Thank you for taking the time to read my letter and take it into consideration regarding his sentencing.

Sincerely,
Jennifer Hazelbaker
Sent from my iPhone