From: landon vineyard
Date: On Tue, Sep 17, 2024 at 10:19 PM
Subject: Fw: Honorable Judge James Boasberg
To:
Cc:

Honorable Judge James Boasberg,

  I am sending this letter on behalf of Ryan Zink. I have known Mr. Zink for atleast 6 years. I have done business with him multiple times, and have also associated on friendly occasions. In that time period, I have never know Mr. Zink to be aggressive or threatening in any way. He has always shown me nothing but the upmost respect. I would trust Ryan with my life, he is an amazing person and he's always honest. If he gives you his word you can count on it. I believe that Mr. Zink is an amazing person that would do nothing but lend a hand to anyone who crossed his path.

Thank you,
Landon Vineyard