September 17, 2024

To the Honorable Judge James Boasberg,

My name is Dan Rogers, and I serve as the County Chair for the Republican Party in Potter County, Texas. The primary voters of my county elected me, and I write to you today on behalf of Mr. Ryan Zink, who is scheduled to appear before your court for sentencing on September 20, 2024. I respectfully ask for leniency in his sentencing.

I became acquainted with Mr. Zink earlier this year during his run for Congress when he worked with me on voter engagement efforts in Lubbock County. Although his candidacy was a long shot against a well-established, well-funded opponent, Ryan stood up for the people of his district and offered them a real choice. Throughout his campaign, Ryan demonstrated great integrity and tenacity—rare qualities in today's political landscape. He worked not for self-gain but out of a genuine desire to represent the interests of everyday citizens.

Ryan's commitment to civic engagement also led him to join me at the U.S.-Mexico border, where we assisted citizens with voter registration while distributing conservative merchandise. His dedication to our cause was further showcased when he delivered a speech that captivated the audience—his clarity and conviction moved everyone in attendance.

In all my interactions with Ryan, I have found him to be a person of principle—someone who seeks to serve others and harms no one. He has already suffered significant punishment, losing his livelihood while incarcerated and enduring the heavy burden of facing felony charges that were ultimately dropped. Despite these hardships, Ryan has shown remarkable resilience, securing full-time employment as a safety officer in the oilfield, where he is excelling. He is also a devoted husband and father who continues to contribute positively to his community.

I believe Ryan was at the Capitol on January 6th in a professional capacity, filming for his father's congressional campaign. His presence there, in my view, was not with malicious intent. As someone who upholds the values of free speech and civic participation, I can say that Ryan exemplifies the spirit of what makes this country great: citizens who are willing to stand up for what they believe is right. Historically, America has been built on the courage of individuals like Ryan Zink, who risk everything in defense of their values, their country, and their community. To punish someone who acted on behalf of such ideals would be an injustice.

Given the challenges Ryan has already endured and his demonstrated commitment to rebuilding his life, I humbly request the court to show mercy in his sentencing. His actions do not reflect a threat to society, and I am confident he will continue to be a positive force in his community.

Thank you for your time and consideration.

Sincerely,

Daniel L. Rogers
Chairman, Potter County GOP