

9/17/2024

The Honorable Judge James Boasberg
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

**Re: Ryan Zink – Sentencing Consideration for January 6th Involvement**

Dear Judge Boasberg,

I am writing to you today to express my support for Ryan Zink, who is currently facing sentencing in connection with the events at the U.S. Capitol on January 6th, 2021. I recognize the gravity of the situation, and I do not seek to minimize the seriousness of that day's events. However, I respectfully ask that you consider Ryan's personal history, character, and actions in your determination of his sentence.

Ryan is a family man, a hardworking individual, and someone who has consistently demonstrated integrity in his personal and professional life. I have known him for just over a year and have always found him to be a law-abiding and responsible citizen. His involvement on January 6th does not reflect the person I know him to be.

Given his previously clean record, his contributions to his community, and his demonstrated remorse, I humbly ask that you take these factors into account when determining his sentence. I firmly believe that a lenient sentence would provide Ryan the opportunity to continue being a positive influence on those around him while also serving as a reminder of the importance of responsible actions in public and political discourse.

Thank you for your time and for considering this request. I trust in the fairness of the court and appreciate the weight of the decision you are faced with.

Sincerely,
Pamela Sweeten

Sent from Proton Mail for iOS