

---------- Forwarded message ----------
From: Hillis
Date: On Tue, Sep 17, 2024 at 4:40 PM
Subject: Fw: Letter to judge
To:
Cc:

Ronald G. Hillis

September 17, 2024

Dear Judge Boasberg:

My name is Ron Hillis, and I am a retired business owner in Lubbock, Texas. I am writing on behalf of my grandson-in-law, Ryan Zink, married to our granddaughter Alyxander, and their new daughter Zalyee. I am asking that you administer leniency in Ryan's case.

Ryan has been an excellent husband and now father of a beautiful daughter. He is very stable and has not wavered in his love for our country and its constitutional founding.

Utilizing his previous training, he is now the safety officer helping keep many employees safe and working productively in the Permian Basin oil field.

Respectfully,

Ron Hillis