---------- Forwarded message ----------
From: Judd Miller
Date: On Tue, Sep 17, 2024 at 9:16 PM
Subject: Fw: Ryan Zink Sentence
To:
Cc:

To the honorable James Boasberg:

My name is Rustin Judd Miller, I am from the great State of Texas and work in the oil and gas industry as a contract safety consultant. As being a part of safety management, you could say that safety has been a big part of my life. Ryan Scott Zink has been a personal friend of mine for over 15+ years. As a safety consultant, I pride myself as being a professional at judging character, and providing a safe environment to anyone. Ryan, is in no way a threat to society or a threat to himself. Ryan and I, have been through many life changing moments together and he has been the one person I have always been able to lean on as a friend, and as a person for guidance. I understand the consequences for his actions on January 6, but Ryan is a great person, a great friend, a great son, and most importantly a great father. Ryan would give the world for his family, my family, and anyone who is ever in need. I ask of you to lighten his sentence and count his time as served, while he was detained by authorities.

Thank you,

Rustin Judd Miller k