17 September 2024

<u>Regarding Mr. Ryan Zink</u>

Your Honor, I am writing you this letter to ask for leniency in the sentencing of Mr. Ryan Zink and that your sentence be merciful. By way of introduction, I practice law in Ryan's hometown of Lubbock, Texas, and have lived here for 42 years.

In the course of informal conversations with Mr. Zink, I have developed a sense of his character and am of the opinion he is a moral individual with a strong and reasonable sense of right and wrong. He has been a productive member of our community and has led a quiet and useful life. I respectfully ask that you take my observations into account while considering his sentence.

Sincerely,

/s/

Dustin R. Burrows