9/17/2024

On Behalf of Ryan Zink

To Whom it May Concern

      I have known Ryan Zink for a long time. My family and I met him in the Spring of 2020. My mother saw him detailing a car and pulled over to ask if he could detail hers. After getting to know Ryan we quickly realized how skillful he is. Ryan knew that we were new to the Lubbock area and its' unique qualities it had to offer. Shortly after my family moved to Lubbock, my nana came to visit us. During her visit she became ill. This caused her Alzheimer's and vascular dementia to hinder her abilities to function on her own. The majority of our time was spent on taking care of her. Ryan was a great relief to us. He has been someone that we can trust and rely on. Over the years Ryan has become like an older brother to me and the son my dad never had. Ryan has always given me honest advice on how to manage school, relationships, and life. He has been there for me during some hard times. He has reminded me of my worth and that God is always in control. Ryan Zink is a Godly man with an unmatchable work ethic who is willing to make sacrifices for those he cares about.

Sincerely,

Elizabeth Crawford