---------- Forwarded message ----------
From: Sheilla Thompson
Date: On Tue, Sep 17, 2024 at 11:48 AM
Subject: Fw: Letter
To:
Cc:
September 16, 2024

Honorable Judge James Boasberg,

My name is Sheilla Thompson, I live in Arkansas. I understand he is scheduled to appear in your court on September 20th, 2024. I am praying that you will show him leniency in his sentencing. I believe Ryan is a model citizen now. All he wants is to be a good husband and father to his new baby. I met Ryan when we both went to Wisconsin to work on a recall in May and June 2024. He was a great leader and he kept our team updated on things that needed to be done. I learned a lot from him while I was there and I believe he has learned his lesson while it is difficult for some to learn. I may not see Ryan often now, but we still keep in touch and I continue learning how to be a better person then I was. I pray that you show him leniency in this hearing, I don't believe that he is a Ryandanger to anyone. Thank you for reading this letter and I pray that you will consider the man that Ryan has become in the past 3 years.


Sincerely,



Sheilla Thompson