Use the Tab key to move from field to field on this form.
Case 1:21-cr-00191-JEB   Document 143   Filed 09/24/24   Page 1 of 1
Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 1:21-cr-00191-JEB-1
)
RYAN SCOTT ZINK )

## NOTICE OF APPEAL

Name and address of appellant: Ryan Scott Zink

Name and address of appellant's attorney: John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
(213) 400 - 0725

Offense: 18:1752(a)(1), 18:1752(a)(2)

Concise statement of judgment or order, giving date, and any sentence:

On 09/13/2023, Zink was found guilty by jury trial of all counts of the information. On 09/20/2024, Judge Boasberg sentenced Zink to 3 months of incarceration as to counts 1ss, 2ss, to run concurrently.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

09/24/2024                                            *John M. Pierce*
DATE                                                  APPELLANT
                                                      John M. Pierce
                                                      ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [ ]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                YES [✓]   NO [ ]
Has counsel ordered transcripts?                      YES [✓]   NO [ ]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [✓]