# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
    *Plaintiff*,

v.                                                    21-cr-00191-JEB-1

RYAN SCOTT ZINK
    *Defendant*.

## RYAN SCOTT ZINK'S MOTION TO ADJUST RELEASE CONDITIONS

COMES NOW Defendant Ryan Scott Zink ("Zink"), by undersigned counsel, with the following motion to modify his release conditions. Zink has been under some form of release conditions for three years and has had no violations. His current release conditions, although they encompass a large part of Texas, is inhibiting Zink's professional life. Zink currently works on oil rigs that require constantly changing where he reports to work, and thus he needs access to different counties. His job takes him throughout Texas and New Mexico. Any hinderance on this would effectively leave him unemployed and unemployable. He currently has an offer to be a Safety Supervisor, which requires this fluidity of movement between and throughout Texas and New Mexico. Zink is happy and open to provide constant contact with his respective parole officer to report where and when he is traveling when asked, but the current restrictions will restrict him from doing the same job he has been doing for years. The current job market paired with

his experience in this field means that making Zink switch jobs would be a grave injustice and financially devastating for him and his young family.

Given the misdemeanor charges and the fact that Mr. Zink is not a flight risk, we respectfully request this court to modify the release conditions to encompass all of Texas and New Mexico so that Zink can continue to work in his current field as he has for his entire life.

Date: Dec 13, 2024								Respectfully Submitted,

*/s/ Roger I. Roots*
Roger I. Roots
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (662) 665-1061
Email: rroots@johnpiercelaw.com

## CERTIFICATE OF SERVICE

I, Roger I. Roots, hereby certify that on this day, December 13, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

*/s/ Roger I. Roots*
Roger I. Roots