IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 1:21-cr-191 (JEB) |
| v. | : | |
| RYAN ZINK | : | |
| Defendant. | : | |

## MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT'S MOTION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, requests the Court to hold its order on April 9, 2025 granting the Defendant's Motion to Lift the Protective Order (ECF No. 152) in abeyance. The government opposes the Defendant's motion and anticipates filing a motion for reconsideration. There have been substantive changes in the staffing in the government's office in relation to these cases causing a delay in its response to the Defendant's motion. The government requests that the Court holds the order granting the lift of the protective order in abeyance so that the government can provide a briefing of the issue. The government requests a week from the date of this filing.

Respectfully submitted,

EDWARD R. MARTIN JR.
United States Attorney

By:  /s/ Jennifer Blackwell
JENNIFER BLACKWELL
Assistant United States Attorney
D.C. Bar No. 481097
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
Phone:
Email: jennifer.blackwell3@usdoj.gov