**Synopsis of the 60 HIGHLY SENSITIVE MPD Body worn Cameras**

**Foskett, Luke (7153)-** Video is 5m28s. Officer reports to supervisor regarding a bruise on his leg.

**Payne, Tiffany (11652)-** Video is 20m12s. Officer makes various facetime calls to loved ones while showing hallways of the Capitol (if these areas are sensitive, Officer has already broadcast those areas to members of the public), while promising to send pictures to them of those areas, makes claims that not one single protestor touched her, compares protestors to cockroaches & Has brief discussion with officer eating pizza.

**Kirby, Lisa (4179)- Video is 7m 57s.- NOT PROVIDED ON EVIDENCE.COM**

**Kirby, Lisa (4179)- Video is 42m 55s- NOT PROVIDED ON EVIDENCE.COM**

**Apollon, Peter (12371)- Video is 40m 18s- NOT PROVIDED ON EVIDENCE.COM**

**Thomas Joel (11288)-** Video is 1hr26m38s, Timestamp-1:14:56-1:20:39 contains personal phone calls of officer to family/friends. Rest of 1hr 26 minute video does not appear to be sensitive, nor anything indicating it is.

**Hodges, Herman (3041)-** Video 33m23s. Timestamp-12:24-12:43 contains name of arrested individual. Rest of 33 minute video does not appear to be sensitive, nor anything indicating it is.

**Wilson, Bryan (8966)-** Video is 25m13s. Timestamp-18:27-18:29 contains name of arrested individual. The rest of 25 minute video does not appear to be sensitive, nor anything indicating it is.

**Tidline, Yvonne (3397)-** 2 videos designated as Highly sensitive, First is 59m3s. Timestamp-9:46-10:41 contains MPD paperwork, 14:33-15:27 contains MPD arrest processing paperwork. Rest of 59m3s video does not appear to be sensitive, nor anything indicating it is. Video 2 is 28m5s. 23:15-23:29 contains discussion of and images of MPD arrest processing paperwork. Rest of 28 minute video does not appear to be sensitive, nor anything indicating it is.

**Joyce, Justin (12403)-** Video is 40m 45s. 28:53-29:04 contains name of arrested individual. Rest of 40 minute video does not appear to be sensitive, nor anything indicating it is.

**Wilson, Damon (7702)-** Video is 30m 22s. Video is 30m22s, 13:14-13:31 contains name of arrested individual. Rest of 30 minute video does not appear to be sensitive, nor anything indicating it is.

**Spain, Florence (9162)-** Video is 30m32s, 4:26-5:10 contains names of arrested individuals. 13:16-13:33 contains the name of arrested individual. 14:52-15:10 contains the name of arrested individual. 20:00-20:24 contains the name of arrested individual. Rest of 30 minute video does not appear to be sensitive and nothing indicates it is.

**Davies, Elijah (11867)-** Video is 31m21s, 8:58-14:14, 20:52-27:00 contains name of arrested individuals. Rest of 30 minute video does not appear to be sensitive, nor anything indicating it is.

**Davies, Casey (10635)-** Video is 24m44s, 05:15-06:07 contains license of arrested individual. Rest of 24 minute video does not appear to be sensitive, nor anything indicating it is.

**Keels, Ashley (9727)-** Video is 2h37m32s, 52:41-06:07 contains license of arrested individual. Rest of 24 minute video does not appear to be sensitive, nor anything indicating it is.

**Stout, Andrew (8800)-** Video is 1hr26m31s. 47:50-48:22 contains a personal phone call by Officer. 1:14:38-1:17:29 contains MPD Prisoner processing paperwork, and a momentary view of police breakroom. The rest of 1h,26m,31s video does not appear to be sensitive, nor anything indicating it is.

**Burke, Breandan (12361)-** Video is 3h31m27s. 2:36:09-2:37:24 contains MPD prisoner processing paperwork. The rest of 3h,31m,27s video does not appear to be sensitive, nor anything indicating it is.

**Pena, Maria (3629)-** Video is 1h38m12s. 22:31-24:00 contains names of arrested individuals. 55:41-56:38 contains the name of arrested individual. The rest of 3h,38m,12s video does not appear to be sensitive, nor anything indicating it is.

**Williams, Chrishauna (11849)**- Video is 4h30m51s. 2:49:07-2:50:44 contains MPD Prisoner Processing paperwork. The rest of 4h,30m,51s video does not appear to be sensitive, nor anything indicating it is.

**Webster Jr, Medgar (11969)**- Video is 4h31m05s. 01:32:02-01:32:06 contains brief view of MPD prisoner processing paperwork. 01:44:36-01:45:05 contains brief view of MPD Prisoner processing paperwork. 02:07:58-02:09:50 contains brief view of MPD prisoner processing paperwork, as well as discussions of snacks and coffee being available to officers. 02:24:53-02-26-24 contains brief glimpses of MPD prisoner processing paperwork. 02:40:39-02:41:36 contains brief glimpses of MPD prisoner processing paperwork. 02:45:47-02:46:38 contains brief glimpses of MPD prisoner processing paperwork. 02:51:49-02:52:24 contains brief glimpses of MPD prisoner processing

paperwork. 02:58:35-02:58:55 contains brief glimpses of MPD prisoner processing paperwork. 03:12:02-03:12:30 contains brief glimpses of MPD prisoner processing paperwork. 03:27:08-03:27:21 contains brief glimpses of MPD prisoner processing paperwork. 03:30:09-03:31:34 contains brief glimpses of MPD prisoner processing paperwork. 03:32:48-03:33:12 contains brief glimpses of MPD prisoner processing paperwork. The rest of 4h,31m,05s video does not appear to be sensitive, nor anything indicating it is.

**Marshall, Keyvonna (12262)-** Video is 4h30m42s. 00:44:46-00:00:45:01 contains brief glimpses of MPD prisoner processing paperwork. 01:19:09-01:19:13 contains brief glimpses of MPD prisoner processing paperwork. 01:19:53-01:20:15 contains brief glimpses of MPD prisoner processing paperwork. 01:25:29-01:25:31 contains brief glimpses of MPD prisoner processing paperwork. 01:33:50-01:34:09 contains brief glimpses of MPD prisoner processing paperwork. 01:34:28-01:38:27 contains MPD prisoner processing paperwork. 01:49:45-01:50:07 contains brief glimpses of MPD prisoner processing paperwork. 02:00:35-02:02:44 contains brief glimpses of MPD prisoner processing paperwork. 02:22:00-02:23:27 contains brief glimpses of MPD prisoner processing paperwork. 02:37:53-02:40:43 contains several brief glimpses of MPD prisoner processing paperwork.02:45:48-02:47:42 contains several brief glimpses of MPD prisoner processing paperwork. 02:48:01-02:51:56 contains brief glimpses of MPD prisoner processing paperwork. 02:57:54-02:58:02- contains brief glimpses of MPD prisoner processing paperwork. 03:23:19-03:24:11 contains brief glimpses of MPD prisoner processing paperwork. 03:39:52-04:03:58 contains brief glimpses of MPD prisoner processing paperwork. 04:04:24-04:17:06 contains several brief glimpses of MPD prisoner processing paperwork.04:23:21-04:25:39 The rest of 4h,30m,42s video does not appear to be sensitive, nor anything indicating it is.

**Coffey, Amina (9755)-** Video is 3h4m36s. 00:17:05-00:22:43 contains names of arrested individual and brief glimpse of MPD Prisoner processing paperwork. 00:25:01-00:31:59- contains brief glimpses of MPD prisoner processing paperwork. 00:26:32-00:27:08 contains brief glimpses of MPD prisoner processing paperwork. 00:30:01-00:31:30 contains brief glimpses of MPD prisoner processing paperwork. 00:45:28-00:46:59 contains names of arrested individual and brief glimpse of MPD Prisoner processing paperwork. 00:49:58-00:51:33 contains brief glimpses of MPD prisoner processing paperwork. 01:09:10-01:09:16 contains officer taking selfie. 01:09:56-01:10:18  contains MPD prisoner processing paperwork. 01:20:27-01:21:30 contains brief glimpses of MPD prisoner processing paperwork. 01:21:46-01:22:11 contains name of arrested individual and brief glimpse of MPD Prisoner processing paperwork. 01:27:16-01:28:52 contains brief glimpses of MPD prisoner processing paperwork.01:33:33-01:37:25 contains name of

arrested individual and brief glimpse of MPD Prisoner processing paperwork. 01:45:59-01:47:20 contains brief glimpses of MPD prisoner processing paperwork. The rest of 3h4m36s video does not appear to be sensitive, nor anything indicating it is.

**Festo, Anthony (12439)-** Video is 2h8m5s. 00:51:35-00:57:34 contains names of arrested individuals. The rest of 2h8m5s video does not appear to be sensitive, nor anything indicating it is.

**Norman, Mary (4465)-** Video is 2h25m26s. 00:14:04-00:16:04 contains names of arrested individuals and brief glimpse of MPD Prisoner processing paperwork. 00:59:38-01:01:55 contains name of arrested individual and brief glimpse of MPD Prisoner processing paperwork. The rest of 2h25m26s video does not appear to be sensitive, nor anything indicating it is.

**Jerome, Philippe (7763)-** Video is 3h3m30s. **00:07:11-00:23:02** contains names of arrested individuals and brief glimpse of MPD Prisoner processing paperwork. 00:49:00-00:51:26 contains name of arrested individual. 00:58:50-01:00:06 contains name of arrested individual. 01:05:27-01:06:26 Contains name of arrested individual. 02:27:57-02:30:20 contains name of arrested individual. The rest of 3h3m30s video does not appear to be sensitive, nor anything indicating it is.

**Thompson, Justin (12447)-** Video is 5h45m32s. 00:44:43-00:49:55 contains name of arrested individual. 02:12:04-02:16:37 contains names of arrested individuals. 03:23:53-03:29:55 contains personal information and contains names of arrested individuals and brief glimpse of MPD Prisoner processing paperwork. 03:31:55-03:38:00 contains name of arrested individual and brief glimpse of MPD prisoner processing paperwork. 04:56:21-05:00:06 contains names of arrested individuals. 05:10:42-05:12:56 contains names of arrested individuals. The rest of 5h45m32s video does not appear to be sensitive, nor anything indicating it is.

**Gelsomini, Alexandria (12452)-** Video is 1h42m48s. 00:48:05-00:50:45 contains name and identifying information of arrested individual. The rest of 1h42m48s video does not appear to be sensitive, nor anything indicating it is.

**Oladipupo, Emmanuel (12453)-** Video is 2h11m22s. 00:50:33-00:52:46 contains name and processing of arrested individual. 00:54:49-00:58:46 contains processing of arrested individuals. The rest of 2h11m22s video does not appear to be sensitive, nor anything indicating it is.

**Griffin, Connor (12197)-** Video is 2h47m13s. 00:41:30-00:43:37 contains the processing of arrested individual who complains about excessive use of force by officers. 01:22:38-01:24:52- contains identifying information and MPD Prisoner processing paperwork

regarding arrested individual. The rest of 2h47m13s video does not appear to be sensitive, nor anything indicating it is.

**Ramadhan, Allee (2285)-** Video is 1h57m26s. 00:34:58-00:35:37 contains the name of arrested individual. 00:38:53- 00:39:30 contains the name of arrested individual and brief glimpse of MPD processing paperwork. 00:39:35-00:40:15 contains the name of arrested individual. 00:41:19-00:41:47 contains the name of arrested individual. 00:42:18-00:43:08 contains name of arrested individual and brief glimpse of MPD processing paperwork. 01:10:00-01:10:18 contains the names of arrested individuals. One individual states to an officer that he was given no warning about the curfew, was circled by officers and arrested without explanation or cause, which he believes is a violation of MPD policy and procedure. 01:17:00-01:17:16 contains the name of arrested individuals.01:18:04-01:18:17 contains the name of arrested individual, and brief glimpses of MPD processing paperwork. 01:19:33-01:21:02 contains brief glimpses of MPD processing paperwork. 01:22:44-01:22:56 contains the name of arrested individual. 01:22:59-01:23:43 contains the last name only of arrested individuals and brief glimpses of MPD paperwork. 01:24:04-01:25:09 contains brief glimpses of MPD processing paperwork and the last name of arrested individual. The rest of 1h57m26s video does not appear to be sensitive, nor anything indicating it is.

**Gainer, Thomas (6341)-** Video is 2h44m26s. 00:17:36-000:36 contains name and other personal identifying information of arrested individual that only speaks Russian. 01:35:42-01:39:57 contains the names of arrested individuals and brief glimpses of MPD processing paperwork. The rest of 2h44m26s video does not appear to be sensitive, nor anything indicating it is.

**Smith, Brandy (11995)-** ==Video is 3h14m- NOT PROVIDED ON EVIDENCE.COM==

**Torres, Susan (12294)-** Video is 2h29m22s. 01:34:22-01:36:58 contains personal identifying info of arrested individual. 01:58:31-02:02:34 contains identifying information of arrested individual. The rest of 2h29m22s video does not appear to be sensitive, nor anything indicating it is.

**Lee, Kevin (12035)-** Video is 2h56m5s. 02:13:42-02:13:58 contains identifying information of arrested individual. The rest of 2h29m22s video does not appear to be sensitive, nor anything indicating it is.

**Flythe, Caya (12221)-** Video is 2h29m45s. 01:15:37-01:15:59 contains phone number of arrested individual. 01:40:58-01:41:36 contains identifying information of arrested individual. 02:13:40-02:15:07 contains identifying information of arrested individual.

02:17:16-02:18:57 contains identifying information of arrested individuals. The rest of 2h29m45s video does not appear to be sensitive, nor anything indicating it is.

**Cardinal, Alvin (6412)-** Video is 21m4s.  03:47-04:14 Officer enters a police command truck and presses some buttons to turn on some outside lights. The rest of 21m4s video does not appear to be sensitive, nor anything indicating it is.

**Alexander, David (12397)-** Video is 2h33m21s. 01:32:41-01:34:54 contains identifying information of arrested individual.  The rest of 2h33m21s video does not appear to be sensitive, nor anything indicating it is.

**Kibic, Tony (12404)-** Video is 3h22m50s. 00:53:30-00:54:01 contains identifying information of arrested individuals. The rest of 3h22m50s video does not appear to be sensitive, nor anything indicating it is.

**King, Tre'von (12405)-** Video is 3h9m48s. 01:31:11-01:32:07 contains identifying information of arrested individual. The rest of 3h22m50s video does not appear to be sensitive, nor anything indicating it is.

**Thomas, Qasim (8613)-**Video is 57m10s. 47:27-50:39 contains MPD processing paperwork. The rest of 57m10s video does not appear to be sensitive, nor anything indicating it is.

**McDONALD, TAYLOR (11456)-** Video is 1h59m25s. 01:07:29-01:08:22 contains identifying information of arrested individuals. 01:14:39-01:16:20 contains the identifying information of an arrested individual. The rest of 1h59m25s video does not appear to be sensitive, nor anything indicating it is.

**Francis, Tonecia (12333)-**Video is 3h15m39s. 00:18:25-00:25:03 contains identifying information of arrested individual and MPD processing paperwork. 00:25:36- 00:32:11 contains MPD processing paperwork and identifying information of arrested individuals. 00:48:05-00:55:29 contains identifying information of arrested individual and MPD processing paperwork. 00:57:16-01:09:10 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. 01:12:01-01:19:25 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. 02:13:51-02:19:33 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. The rest of 3h15m39s video does not appear to be sensitive, nor anything indicating it is.

**Renneisen, Andrew (12410)-** Video is 4h8m50s. 01:13:17-01:15:52 contains brief glimpses of MPD Processing paperwork. 02:47:50-02:50:00 contains an officer relieving himself in

the bathroom. The rest of 4h8m50s video does not appear to be sensitive, nor anything indicating it is.

**Kapral, Vasyl (12440)-** Video is 5h34m6s. 02:02:21-02:03:42 contains identifying information of arrested individual. 02:53:58-02:54:31 contains medical information of arrested individual. The rest of 5h34m6s video does not appear to be sensitive, nor anything indicating it is.

**Paige, Rolando (2934)-** Video is 3h3m49s. 00:58:37-01:03:51 contains identifying information of arrested individual. The rest of 3h3m49s video does not appear to be sensitive, nor anything indicating it is.

**Sheaffer, Robert (5732)-** Video is 3h19m15s. 01:43:10-01:46:17 contains brief glimpses of MPD prisoner processing paperwork. 03:18:33-03:19:15 Officer attempts to turn off bodycam, needs assistance from another officer to do so. The rest of 3h19m15s video does not appear to be sensitive, nor anything indicating it is.

**Brockman, Kayona (12359)-** Video is 3h18m52s. 00:23:20-00:26:41 contains identifying information of arrested individual. 00:33:09-00:35:10 contains identifying information of arrested individual. 00:48:40-00:52:31 contains identifying information of arrested individual. 00:57:40-01:04:27 contains identifying information of arrested individuals.01:25:09-01:28:50 contains identifying information of arrested individual. 01:37:21-01:43:25 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. The rest of 3h18m52s video does not appear to be sensitive, nor anything indicating it is.

**Hyatt, Iman (12355)-**Video is 3h16m42s. 00:20:13-00:25:41 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. 00:28:25-00:36:16 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. 01:07:31-01:13:57 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. 01:39:12-01:44:20 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. 01:54:43-02:03:58 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. 02:12:33-02:17:06 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. The rest of 3h16m42s video does not appear to be sensitive, nor anything indicating it is.

**Lee, Howard (12048)-** Video is 2h35m29s. 00:03:52-00:08:47 contains personal identifying information of arrested individuals. 00:10:05-00:15:25 contains officers arresting two individuals who complain that they stepped outside their motel to smoke a cigarette and

officers arrested them without warning or notice, while other people continue to walk the sidewalks unmolested. 00:25:57-00:29:01 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork.  01:36:34-01:49:52 contains identifying information of arrested individuals and brief glimpses of MPD processing paperwork. The rest of 4h8m50s video does not appear to be sensitive, nor anything indicating it is.

**French, Ian (11121)-** Video is 8m9s. Contains Officers encircling and pushing protestors in a direction away from the Capitol, moving at a slower pace due to an elderly woman with a walker. Officers then direct anyone else to go the same direction they previously pushed the crowd in, while being followed by several cameramen who appear to be with the Police Department. They arrest an individual who can't walk away due to what he claims is a spinal injury. There are no markers in the video that label anything as sensitive, and no discernable reason that I can determine after watching the video multiple times for the sensitivity level.

**Norfleet, Simeon (8959)-** Video is 2h7m51s. 00:19:01-00:19:07 contains an officer in the background stating a number. 01:37:58- 01:41:35 contains a protestor stating that they have the right to stand wherever they want on public property, and complains that the curfew is like they are all in middle school. Another protestor claims he was in the Armed Forces and complains about excessive force being used during the protest such as rubber bullets, and tear gas being used on elderly and peaceful protestors. 01:50:33-01:52:00 contains the arrest of a woman, who apologizes to the officer, Officer and woman have a polite conversation about protesting, and she thanks him for his service. He thanks her for being calm and polite. No identifying information or sensitive information is exchanged. The rest of 2h7m51s video does not appear to be sensitive, nor anything indicating it is.

**Thompson, Jimmie (5895)-** Video is 1h19m58s. 00:07:25-00:09:00 contains police officers coordinating with each other regarding the remaining protestors. 00:15:00-00:16:30 contains an officer directing protestors to the right of his view. 00:17:41-00:19:20 contains officer directing protestors to the right of his view, other officers roughly push one protestor to the right of officers view because he is not moving quickly enough or in the right direction, I'm unsure why. 00:42:32- 00:44:34 contains officers pushing protestors away from the Capitol. One man is pushed down and is bleeding. The man states he is handicapped and cannot walk well and states he told that to the officer who pushed him down. Officer asks him why he came down here if he was handicapped, and man states that he came because he values his Constitutional Rights, then again shows his bloody injury caused by his fall.

**Hajaistron, Victoria (12239)-** Video is 6m20s. 05:43-05:53 contains officers in an area that appears to be underground, laughing next to a sign that says "no pedestrian access". Officers appear to be walking through the Capitol Visitor Center area, then to a possibly nonpublic area of the Capitol. This is speculation only, as there is only one marker and none of the rest of the video is marked as potentially sensitive.

**Miller, Michael (8335)-** Video is 43m9s. 07:00-08:03- Female protestor who was trampled at Capitol is rendered first aid by other protestors as Officer watches ambulance. Female protestor states where she is injured and what medications she is allergic to. 28:10-30:02 Man with "Press" on his shirt gives Officer identifying information as he was one of the people rendering the woman medical aid. The rest of 43m9s video does not appear to be sensitive, nor anything indicating it is.

**Rogers, Enoch (4905)-** Video is 35m8s. Cop is standing around observing protestors in various areas of the Capitol. There are three markers on this video, showing crowd behavior, but there doesn't appear to be anything sensitive shown or discussed in this video at all, unless there's undercover officers in the crowd that I am unaware of. (If so, they were never disclosed to us.)

**Fanone, Michael (6845)-** Video is 21m15s. Video begins with a man stating that he's going to "try to help you out here, you get me?" Someone says "Thank you" Someone yells "Hey! I got one!" There appears to be some pushing and a bit of crowd chaos, and then officer screams, and various protestors state "We aren't going to hurt you" and "We're trying to help you" while other protestors tell others in the crowd not to hurt the officer. Officer continues screaming while protestors reassure him that they will not hurt him. Screen goes momentarily black while a protestor repeats "I got you. I got you" multiple times. Protestors can then be heard stating "Let him through" multiple times in succession. Protestors appear to help officer up and repeatedly state "Don't hurt him." To the crowd around them. Protestors ask Officer which way he wants to go, "do you want to go back inside?" then someone yells "Make way!" repeatedly. Various protestors then help Officer back to the police line, where he appears to collapse on the ground. Other officers yell "Officer down!" and start pulling him out of the tunnel area to received medical attention, as officer appears unresponsive. 03:24-Officer can be heard asking for EMTS, 03:30-04:22-Officer Fanone opens one eye while his face is briefly visible on his BWC, then closes it again. 03:58- Officer Fanone's face is again visible on his BWC, and his eyes flicker open and closed, so I am unsure whether he is conscious or not, but he appears to be so, even though he does not respond to his fellow officers. 04:51- Fanone responds to other officers and asks "Did we take that door back?" which the other officers respond affirmatively. 05:00-6:20 Fanone sits up and rests for a minute, before standing. 06:29- Officer asks

Fanone "Did they hit you with something?"Fanone responds "Huh?" Officer asks again "Did they hit you with something?" To which Fanone responds "No, they just pulled me out into the crowd." 07:01 Fanone drinks water, and responds to an officer showing concern that "I'm good." 07:25 Fanone begins walking through the halls without assistance to go get checked out by an EMT. 08:51-Fanone gives another Officer an arm bump in an apparent greeting, then continues walking toward the outside of the Capitol. 09:36 Fanone claims that "They stole my radio" to which the other officer responds "Yeah there is a bunch of people missing stuff now, one guy even found a soft shot pistol out on the lower west terrace. And it had both types of ammo in it too." They momentarily wait for the elevator, then begin walking again at 09:56. 11:02 they enter an elevator. 11:15 exit elevator and continue walking to the exit. 12:00 they reach the exit door and continue walking towards the EMT walking past various protestors behind barricades. 12:50, officer moves barricades and walks through the crowd with Fanone towards the EMT area. 13:31 someone off screen asks Fanone and other officer is they need any decon, and officer responds "Yeah that's why we're here." And continues walking towards EMT area. 13:46 EMT asks Fanone "What happened?" Fanone responds "I got dragged out into the crowd." EMT asks "And what happened?" Fanone responds "Uh they fuckin…" EMT ask "You got beat?" Fanone responds "whooped my fuckin ass" 14:00 EMT asks "Did you get gassed at all or?" to which Fanone responds " Oh yeah, but I'm used to CS Gas, its fine."  EMT then states "alright, where'd you get punched everywhere or?" Fanone responds "Yep." 14:10 EMT states "Let me take a look at you here, anywhere in particular hurting more than others?" Fanone states "My head"  EMT asks if he got kicked, Fanone states that he did get kicked. 14:21 EMT checks for fractures, but finds none. 14:54 EMT has Fanone follow his finger with his eyes, also uses a flashlight to do an exam of some sort, and finds no apparent issues. 15:44 EMT states "No obvious severe injuries, no fractures, your pupils are equal, are you dizzy at all? Stay here and rest until you feel better." 16:00 EMT offers Fanone water to wash out the CS Gas, Fanone declines and states he's fine. 16:26 EMT tells Fanone to stay there and make sure he's ok, but that he "Cannot find anything obvious." 17:04 Fanone gives a thumbs up to another Officer. 17:23-17:38 contains personal information of Officer Fanone. 17:43 Officer Fanone repeats to another officer that "They stole my radio too" Officer responds "That'll be another suspension." To which Fanone responds "Yeah I know." While the three officers standing around Fanone laugh. 17:51 Officer states "Well if they're gonna suspend you anyway tell them you gave it to them." Laughing ensues. 17:55 Another Officer states "they said they were taxpayers." Laughing again then officer says "They wanted it back". 18:04 Officer states "I told them the thing never works anyway." 18:14 Officer states he just got out and that it is a long walk. 18:19 Officer states "They pushed everybody back from that door, and they only have like 4 guys there with shields now, everybody else is on break. But they seem to be, knock on wood,

they seem to be kinda dispersing. But dude, after we got you back they were like, for what its worth, they were like "we're sorry, we're sorry, what if we just sit down will you stop hitting us?"" All the officers laugh at this. 18:46 Fanone states that he was scared and claims that protestors tried to take his gun. 19:10 Officer asks Fanone if he is going to go to the hospital or anything, to which Fanone does not verbally respond. 19:52 Fanone stands up on his own and walks toward EMT. EMT states that if he starts developing severe headaches, dizziness, or trouble seeing that he will need to go to the ER. Fanone says "Alright" 20:49 Fanone states to other officer "Hey they stole one of my pistol mags too." Other Officer states "You mean they stole BOTH OF THEM." and smirks while other officers laugh. Other officer states "They stole mine too. I think they even stole my gun." While all officers laugh. Video ends at 21:15.

**Cartwright, Christopher (7293)-** Video is 2h3m41s. 00:08:31-Officer enters Capitol. 00:29:51 is officer in the tunnel area of the Capitol. (this area has been shown in multiple trials as Government exhibits.) 00:42:26 a protestor throws a bottle at officers, it hits no one. Officer comments that the protestors are terrorists. 01:18:38 contains officers pushing protestors off upper west terrace and deploying pepper spray indiscriminately into the crowd. The rest of 2h3m41s video does not appear to be sensitive, nor anything indicating it is.

**White, Darrin (2767)-**Video is 16m6s. 00:00-15:11 of the video is this Officer driving on a motorcycle to the Capitol, while talking to dispatch on the radio. 15:12-16:06 He and other officers complain about the lack of planning and clear instructions. Video ends. Unsure if any of the radio traffic is sensitive, as much of it was played in almost every trial, but that is the only thing that may possibly be, as there are no markers designating anything in this video as sensitive.